# EXHIBIT C



Your satisfaction is our #1 goal. If you have any questions or concerns, or are unsatisfied with the service you are receiving, follow these steps:

1. Contact your Sales Representative or Service Advisor at your selling/servicing dealership.

2. If your inquiry or concern remains unresolved, contact the Sales Manager, Service Manager or Customer Relations Manager.

3. If you require assistance or clarification on Ford Motor Company policies or procedures, please contact the Ford Customer Relationship Center.

| **In the United States:** | **In Canada:** |
|---|---|
| Ford Motor Company<br>Customer Relationship Center<br>P.O. Box 6248<br>Dearborn, MI 48121<br>1-800-392-3673<br>(TDD for the hearing impaired:<br>1–800-232-5952)<br>www.customersaskford.com | Lincoln Centre<br>Ford Motor Company<br>of Canada, Limited<br>P.O. Box 2000<br>Oakville, Ontario L6J 5E4<br>1–800-387-9333<br>www.lincolncanada.com |
| **In Asia-Pacific Region, Sub-Saharan Africa,<br>U.S. Virgin Islands, Central America, the<br>Caribbean, and Israel:** | **In Puerto Rico:** |
| Ford Motor Company<br>Ford Export Operations<br>Attention: Customer Relations<br>1555 Fairlane Drive<br>Fairlane Business Park #3<br>Allen Park, MI 48101<br>Telephone: (313) 594-4857<br>For customers in Guam, the Commonwealth of the<br>Northern Mariana Islands (CNMI), America Samoa,<br>and the U.S. Virgin Islands, please feel free to call our<br>Toll-Free Number:<br>(800) 841-FORD (3673)<br>Fax: (313) 390-0804<br>E-mail: expcac@ford.com | Ford International<br>Business Development, Inc.<br>P.O. Box 11957<br>Caparra Heights Station<br>San Juan, PR 00922-1957<br>Telephone: (800) 841-FORD (3673)<br>Fax: (313) 390-0804<br>E-mail: prcac@ford.com<br>www.ford.com.pr |
| **In Middle East:** | |
| Ford Middle East<br>Customer Relationship Center<br>P.O. Box 21470<br>Dubai, United Arab Emirates<br>Telephone: 971-4-3326084<br>Toll-free Number for the Kingdom of Saudi Arabia:<br>800 8971409<br>Local Telephone Number for Kuwait:<br>24810575<br>Fax: 971-4-3327299<br>E-mail: menacac@ford.com<br>www.me.ford.com | |

## Table of Contents

1.  INTRODUCTION                                                        1
2.  IMPORTANT INFORMATION YOU SHOULD KNOW                               1

    If You Need Customer Assistance                                     1

    Know When Your Warranty Begins                                      2

    Check Your Vehicle                                                  2

    Maintain Your Vehicle Properly                                      2

    Who Pays For Warranty Repairs?                                      3

    Do Warranties Apply In Other Countries?                             3

3.  THE NEW VEHICLE LIMITED WARRANTY FOR
    YOUR 2012-MODEL VEHICLE                                             4

    Limitations and Disclaimers                                         4

    Quick Reference: Warranty Coverage                                  7

    What Is Covered?                                                    8

    What Is Not Covered?                                                11

4.  IN ADDITION ...                                                     15

    Roadside Service (United States, Puerto Rico,
    And U.S. Virgin Islands)                                            15

5.  FEDERAL REQUIREMENTS FOR EMISSIONS
    WARRANTIES                                                          16

    Quick Reference: Emissions Warranty Coverage                        16

    What Is Covered?                                                    19

    What Is Not Covered?                                                20

6.  **CALIFORNIA REQUIREMENTS FOR EMISSIONS
    WARRANTIES**                                         **21**

    **Quick Reference: Emissions Warranty Coverage**     **21**

    **Explanation Of California Emissions Warranties**    **22**

    **Coverage for 2012-Model Vehicles**                 **25**

    **What Is Not Covered?**                             **26**

7.  **ADDITIONAL INFORMATION ABOUT YOUR
    EMISSIONS WARRANTY COVERAGE, UNDER
    FEDERAL AND CALIFORNIA REQUIREMENTS**                **27**

8.  **FORD EXTENDED SERVICE PLAN**                       **29**

9.  **THE BETTER BUSINESS BUREAU (BBB)
    AUTO LINE PROGRAM (U.S. ONLY)**                      **30**

10. **STATE WARRANTY ENFORCEMENT LAWS**                  **31**

11. **IMPORTANT INFORMATION ABOUT LIMOUSINE
    CONVERSIONS**                                        **32**

## 1. Introduction

**Ford Motor Company** and your selling dealer thank you for selecting one of our quality products. Our commitment to you and your vehicle begins with quality protection and service.

When you need warranty repairs, your selling dealer would like you to return to it for that service, but you may also take your vehicle to another Ford Motor Company dealership authorized to service Lincoln vehicles. Certain warranty repairs require special training though, so not all dealers are authorized to perform all warranty repairs. That means that, depending on the warranty repair needed, the vehicle may need to be taken to another dealer. If a particular dealership cannot assist you, then contact the Lincoln Customer Relationship Center at 1-800-521-4140.

This booklet explains in detail the warranty coverages that apply to your 2012-model Lincoln vehicle. If you bought a previously owned 2012-model vehicle, you are eligible for any remaining warranty coverages.

Ford Motor Company provides the **Emissions Defect Warranties** and **Emissions Performance Warranties** which cover your emissions control systems (pages 16-28).

## 2. Important information you should know

### IF YOU NEED CUSTOMER ASSISTANCE

Your Ford Motor Company dealer is available to assist you with all your automotive needs. Please follow the procedures outlined on the front page of this booklet.

In addition, if you are an eligible U.S. owner, you may use - at no cost - the services of the BBB AUTO LINE program. For details, see Better Business Bureau (BBB) AUTO LINE program, page 30 or call 1-800-955-5100.

**1**

**KNOW WHEN YOUR WARRANTY BEGINS**

Your **Warranty Start Date** is the day you take delivery of your new vehicle or the day it is first put into service (for example, as a dealer demonstrator), whichever occurs first.

**CHECK YOUR VEHICLE**

We try to check vehicles carefully at the assembly plant and the dealership, and we usually correct any damage to paint, sheet metal, upholstery, or other appearance items. But occasionally something may slip past us, and a customer may find that a vehicle was damaged before he or she took delivery. If you see any damage when you receive your vehicle, notify your dealership within one week.

**MAINTAIN YOUR VEHICLE PROPERLY**

Your glove compartment contains an **Owner Guide** and a **Scheduled Maintenance Guide** which indicate the scheduled maintenance required for your vehicle. Proper maintenance guards against major repair expenses resulting from neglect or inadequate maintenance, may help increase the value you receive when you sell or trade your vehicle, and is important in allowing your vehicle to comply with applicable emissions standards.

It is your responsibility to make sure that all of the scheduled maintenance is performed and that the materials used meet Ford engineering specifications. Failure to perform scheduled maintenance as specified in the Scheduled Maintenance Guide will invalidate warranty coverage on parts affected by the lack of maintenance. Make sure that receipts for completed maintenance work are retained with the vehicle and confirmation of maintenance work is always entered in your **Scheduled Maintenance Guide**.

Your Ford or Lincoln dealership, or Ford or Lincoln Auto Care Service Center, has factory-trained technicians who can perform the required maintenance using genuine Ford parts. The dealership looks forward to meeting your every service need to maximize your satisfaction with your vehicle.

2

**WHO PAYS FOR WARRANTY REPAIRS?**

You will not be charged for repairs covered by any applicable warranty during the stated coverage periods, unless specifically stated elsewhere in this guide.

Some states have mandated alternate time coverage periods for parts of your vehicle (e.g. seatbelts).

Some states and/or local governments may require a tax on a portion of warranty repairs. Where applicable law allows, the tax must be paid by you, the owner of the vehicle.

During the Bumper to Bumper Warranty period, dealers may receive instructions to provide no-cost, service-type improvements — not originally included in your Scheduled Maintenance Guide — intended to increase your overall satisfaction with your vehicle.

Sometimes Ford may offer a special adjustment program to pay all or part of the cost of certain repairs beyond the terms of the applicable warranty. Check with your dealer or call 1-800-521-4140 to learn whether any adjustment program is applicable to your vehicle. Please have your vehicle identification number available.

**DO WARRANTIES APPLY IN OTHER COUNTRIES?**

The **New Vehicle Limited Warranty** and the **Emissions Warranties** described in this booklet apply to your vehicle if:

- it was originally purchased through the Ford Export Operations Military Sales Program; or
- it was originally sold or leased by Ford Motor Company or one of its dealers in the United States or U.S Federalized Territories; and it was originally registered/licensed and operated in the United States, U.S. Federalized Territories, or Canada.

If you meet either of these two requirements, you do have warranty coverage when you travel with this vehicle outside the United States, U.S. Federalized Territories, or Canada. In some cases, however, you may have to pay the servicing Ford dealer in a foreign country or U.S. Federalized Territory for a repair that is covered under the U.S. warranty. If this happens, be sure to save the paid repair order or invoice. You should present this document to a U.S. Ford Motor Company dealer for warranty refund consideration.

Refer to www.Ford.com for additional global customer assistance reference information.

**3**

## 3. The New Vehicle Limited Warranty for your 2012-model vehicle

**LIMITATIONS AND DISCLAIMERS**

All of the warranties in this booklet are subject to the following limitations and disclaimers:

The warranties in this booklet are the only express warranties applicable to your vehicle. Ford does not assume or authorize anyone to assume for it any other obligation or liability in connection with your vehicle or these warranties. No person, including Ford employees or dealers, may modify or waive any part of these warranties.

Ford and its dealers reserve the right to make changes in or additions to vehicles built or sold by them at any time without incurring any obligation to make the same or similar changes or additions to vehicles previously built or sold.

Ford and its dealers also reserve the right to provide post-warranty repairs, conduct recalls, or extend the warranty coverage period for certain vehicles or vehicle populations, at the sole discretion of Ford. The fact that Ford has provided such measures to a particular vehicle or vehicle population in no way obligates Ford to provide similar accommodations to other owners of similar vehicles.

As a condition of these warranties, you are responsible for properly using, maintaining, and caring for your vehicle as outlined in your Owner Guide and Scheduled Maintenance Guide. Ford recommends that you maintain copies of all maintenance records and receipts for review by Ford.

Ford and your dealer are not responsible for any time or income that you lose, any inconvenience you might be caused, the loss of your transportation or use of your vehicle, the cost of rental vehicles, fuel, telephone, travel, meals, or lodging, the loss of personal or commercial property, the loss of revenue, or for any other incidental or consequential damages you may have.

4

Punitive, exemplary, or multiple damages may not be recovered unless applicable law prohibits their disclaimer.

You may not bring any warranty-related claim as a class representative, a private attorney general, a member of a class of claimants or in any other representative capacity.

Ford shall not be liable for any damages caused by delay in delivery or furnishing of any products and/or services.

You may have some implied warranties. For example, you may have an implied warranty of merchantability (that the car or light truck is reasonably fit for the general purpose for which it was sold) or an implied warranty of fitness for a particular purpose (that the car or light truck is suitable for your special purposes), if a special purpose was specifically disclosed to Ford itself not merely to the dealer before your purchase, and Ford itself not just the dealer told you the vehicle would be suitable for that purpose.

These implied warranties are limited, to the extent allowed by law, to the time period covered by the written warranties, or to the applicable time period provided by state law, whichever period is shorter.

These implied warranties do not apply at all if you use your vehicle for business or commercial purposes. In addition, the implied warranty of fitness for a particular purpose does not apply if your vehicle is used for racing, even if the vehicle is equipped for racing.

The warranties contained in this booklet and all questions regarding their enforceability and interpretation are governed by the law of the state in which you purchased your Ford vehicle. Some states do not allow Ford to limit how long an implied warranty lasts or to exclude or limit incidental or consequential damages, so the limitation and exclusions described above may not apply to you.

**NOTE: This information about the limitation of implied warranties and the exclusion of incidental and consequential damages under the NEW VEHICLE LIMITED WARRANTY also applies to the EMISSIONS WARRANTIES described on pages 16-28.**

5

Ford participates in the BBB AUTO LINE warranty dispute resolution program. You may contact BBB AUTO LINE by calling 800-955-5100. You are required to submit your warranty dispute to the BBB AUTO LINE before exercising rights or seeking remedies under the Federal Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 et seq. To the extent permitted by the applicable state "Lemon Law", you are also required to submit your warranty dispute to the BBB AUTO LINE before exercising any rights or seeking remedies under the "Lemon Law". If you choose to seek remedies that are not created by the Magnuson-Moss Warranty Act or the applicable state "Lemon Law," you are not required to first use BBB AUTO LINE to resolve your dispute – although the program is still available to you.

For more information regarding the BBB AUTO LINE program, see page 30 of this booklet.

6

## QUICK REFERENCE: WARRANTY COVERAGE

This chart gives a general summary of your warranty coverage provided by Ford Motor Company under the **New Vehicle Limited Warranty**. Please refer to the description of warranty coverage for more specific information.

For each type of coverage, the chart shows two measures:

- years in service
- miles driven



**Your New Vehicle Limited Warranty**

The measure that occurs first determines how long your coverage lasts. For example: Your Bumper to Bumper Coverage lasts for four years - unless you drive more than 50,000 miles before four years elapse. In that case, your coverage ends at 50,000 miles.

For more details on coverage, see:

➡ **What is Covered?** (pages 7-10)

➡ **What is Not Covered?** (pages 11-14)

7

**WHAT IS COVERED?**

Your NEW VEHICLE LIMITED WARRANTY gives you specific legal rights. You may have other rights that vary from state to state. Under your New Vehicle Limited Warranty if:

- your Ford vehicle is properly operated and maintained, and

- was taken to a Ford dealership for a warranted repair during the warranty period,

then authorized Ford Motor Company dealers will, without charge, repair, replace, or adjust all parts on your vehicle that malfunction or fail during normal use during the applicable coverage period due to a manufacturing defect in factory-supplied materials or factory workmanship.

This warranty does not mean that each Ford vehicle is defect free. Defects may be unintentionally introduced into vehicles during the design and manufacturing processes and such defects could result in the need for repairs. For this reason, Ford provides the New Vehicle Limited Warranty in order to remedy any such defects that result in vehicle part malfunction or failure during the warranty period.

The remedy under this written warranty, and any implied warranty, is limited to repair, replacement, or adjustment of defective parts. This exclusive remedy shall not be deemed to have failed its essential purpose so long as Ford, through its authorized dealers, is willing and able to repair, replace, or adjust defective parts in the prescribed manner. Ford's liability, if any, shall in no event exceed the cost of correcting manufacturing defects as herein provided and upon expiration of this warranty, any such liability shall terminate.

Conditions that are not covered by the New Vehicle Limited Warranty are described on pages 11-14. When making warranty repairs on your vehicle, the dealer will use Ford or Motorcraft parts or remanufactured or other parts that are authorized by Ford, at the discretion of Ford or the Ford dealership.

Nothing in this warranty should be construed as requiring defective parts to be replaced with parts of a different type or design than the original part, so long as the vehicle functions properly with the replacement part.

8

Moreover, Ford and its authorized dealers are entitled to a reasonable time and a reasonable number of attempts within which to diagnose and repair any defect covered by this warranty.

In certain instances, Ford may authorize repairs at other than Ford dealer facilities.

Two separate warranties apply to tires on your new vehicle. The New Vehicle Limited Warranty covers tire defects in factory supplied material or workmanship for 100% of labor costs and on a pro rata adjustment basis for parts. (See the reimbursement schedule below).

For vehicles within the New Vehicle Limited Warranty time in service and mileage coverage period, defective tires will be replaced on a pro rata adjustment basis according to the following mileage-based Reimbursement Schedule:

| MILES DRIVEN | PERCENT OF PARTS COVERED BY FORD |
| --- | --- |
| 1-12,000 | 100% |
| 12,001-24,000 | 60% |
| 24,001-36,000 | 30% |
| 36,001-50,000 | 15% |

The tire manufacturer also provides you with a separate tire warranty that may extend beyond the New Vehicle Limited Warranty coverage. You will find the manufacturer's tire warranty with the owner literature supplied with your vehicle. You have the option of having a tire warranty repair performed by the tire manufacturer's authorized service center. If you go to a tire service center for a repair covered by the New Vehicle Limited Warranty, you may be charged a prorated amount for wear or other charges. If so, you should present your paid invoice detailing the nature of the charges to any Ford Motor Company dealership for refund consideration. When making warranty repairs on your vehicle, the dealer will use Ford or Motorcraft parts or remanufactured or other parts that are authorized by Ford. In certain instances, Ford may authorize repairs at other than Ford dealer facilities. Tire replacements under warranty will be made with the same brand and model as originally equipped with the vehicle unless the same brand and model is no longer available, in which case a tire of the same brand, size, load, speed and tread type will be used. In some circumstances, Ford may authorize another brand and/or model to substitute for the original brand and model, even if still available.

**9**

Normal tire wear or damage is not reimbursable. See page 13 for details of what is not covered.

**Extended warranty coverage periods are available for certain vehicle parts and conditions. Specifically,**

(1) Your vehicle's Powertrain components are covered for six years or 70,000 miles, whichever occurs first. The extended coverage applies to the **Engine:** all internal lubricated parts, cylinder block, cylinder heads, electrical fuel pump, electronic engine control unit, engine mounts, flywheel, injection pump, manifold (exhaust and intake), manifold bolts, oil pan, oil pump, seals and gaskets, thermostat, thermostat housing, timing chain cover, timing chain (gears or belt), turbocharger/supercharger unit, valve covers, water pump; **Transmission:** all internal parts, clutch cover, seals and gaskets, torque converter, transfer case (including all internal parts), transmission case, transmission mounts; **Front-Wheel Drive:** axle shafts, bearings (front and rear), center support bearing, drive shafts, final drive housing (including all internal parts), hubs-automatic front locking (four-wheel drive), locking rings (four-wheel drive), seals and gaskets, universal and constant velocity joints; **Rear-Wheel Drive:** axle shafts, bearings (front and rear), center support bearing, drive axle housing (including all internal parts), drive shaft, propeller shafts, retainers, supports, seals and gaskets, universal and constant velocity joints.

(2) Your vehicle's safety belts and air bag Supplemental Restraint (SRS) are covered for an extended Safety Restraint Coverage Period, which lasts for five years or 60,000 miles, whichever occurs first.

(3) Your vehicle's body sheet metal panels are covered for an extended Corrosion Coverage Period, which lasts for 5 years, regardless of miles driven. The extended warranty coverage only applies if a body sheet metal panel becomes perforated due to corrosion during normal use due to a manufacturing defect in factory-supplied materials or factory workmanship. For damage caused by airborne material (environmental fallout) where there is no factory-related defect involved and therefore no warranty - our policy is to provide free repair of paint damage due to airborne material for 12 months or 12,000 miles, whichever occurs first.

**10**

**WHAT IS NOT COVERED UNDER THE NEW VEHICLE LIMITED WARRANTY?**

**Damage Caused By:**

- accidents, collision or objects striking the vehicle (including driving through a car wash)
- theft, vandalism, or riot
- fire or explosion
- using contaminated or improper fuel/fluids
- customer-applied chemicals or accidental spills
- driving through water deep enough to cause water to be ingested into the engine
- misuse of the vehicle, such a driving over curbs, overloading, racing or using the vehicle as a permanent stationary power source

**Damage Caused by Alteration or Modification**

The New Vehicle Limited Warranty does not cover any damage caused by:

- alterations or modifications of the vehicle, including the body, chassis, or components, after the vehicle leaves the control of Ford Motor Company
- tampering with the vehicle, tampering with the emissions systems or with the other parts that affect these systems (for example, but not limited to exhaust and intake systems)
- the installation or use of a non-Ford Motor Company part (other than a certified emissions part) or any part (Ford or non-Ford) designed for off-road use only installed after the vehicle leaves the control of Ford Motor Company, if the installed part fails or causes a Ford part to fail. Examples include, but are not limited to lift kits, oversized tires, roll bars, cellular phones, alarm systems, automatic starting systems and performance-enhancing powertrain components or software and performance "chips"

11

**Damage Caused by Use and/or the Environment**

The New Vehicle Limited Warranty does not cover surface rust, deterioration and damage of paint, trim, upholstery, and other appearance items that result from use and/or exposure to the elements. You, as the owner, are responsible for these items. Some examples are:

- dings, dents
- cuts, burns, punctures or tears
- road salt
- tree sap, bird and bee droppings
- windstorm, lightening, hail
- earthquake
- freezing, water or flood
- stone chips, scratches (some examples are on paint and glass)
- windshield stress cracks. However, limited coverage on windshield stress cracks will be provided for the first 12 months or 12,000 miles (which ever occurs first), even though caused by use and/or exposure to the elements.

**Maintenance/Wear**

The New Vehicle Limited Warranty does not cover: (1) parts and labor needed to maintain the vehicle; and (2) the replacement of parts due to normal wear and tear. You, as the owner, are responsible for these items. See your Scheduled Maintenance Guide. Some examples of maintenance and normal wear are:

- oil changes
- oils, lubricants, other fluids
- oil/air filters
- tire rotation/inflation
- cleaning/polishing
- clutch linings
- Wiper blades
- Wheel alignments and tire balancing
- Brake pad/lining

Where a vehicle has no factory-related defect, and is therefore not entitled to a warranty related repair, replacement or adjustment, it is Ford policy nonetheless to provide certain maintenance items, when necessary, free of charge during a limited period:

- wiper blade replacements will be provided during the first six months in service, regardless of miles driven

12

- wheel alignments and tire balancing (unless required by a warranty repair) will be provided during the first 12 months or 12,000 miles in service, whichever occurs first
- Brake pad/lining replacements will be provided during the first 12 months or 18,000 miles in service, whichever occurs first

**Tire Wear or Damage**

The New Vehicle Limited Warranty does not cover normal wear or worn out tires. Tires will not be replaced (unless required by a warranty repair) for wear or damage including:

- tire damage from road hazard such as cuts, snags, bruises, bulges, puncture, and impact breaks
- tire damage due to under or over inflation, tire chain use, racing, spinning (as when stuck in snow or mud), improper mounting or dismounting, or tire repair

**SYNC Hands-Free Communications and Entertainment System**

If your vehicle is equipped with SYNC, the New Vehicle Limited Warranty does not cover repairs under certain conditions. Some examples include:

- Loss of personal recording media, software or data
- Failure to provide proper installation environment
- Damage caused by:
  - abnormal use such as insertion of foreign objects, fluid spillage
  - unauthorized modification to alter functionality or capability
  - computer or internet viruses, bugs, worms, Trojan Horses, cancelbots
  - installation of unauthorized software, peripherals and attachments
  - unauthorized, unapproved and/or incompatible repairs, upgrades and modification
  - the defective function of your cellular phone or digital media device (i.e., inadequate signal reception by the external antenna, viruses or other software problems)

**13**

**Other Items or Conditions Not Covered**

The New Vehicle Limited Warranty does not cover:

- vehicles that have had the odometer disconnected, altered, or inoperative for an extended period of time with the result that the actual mileage cannot be determined

- vehicles that have ever been labeled or branded as "dismantled", "fire", "flood", "junk", "rebuilt", "reconstructed", or "salvaged"; this will void the New Vehicle Limited Warranty

- vehicles that have been determined to be a "total loss" by an insurance company; this will void the New Vehicle Limited Warranty

- converted Town Car limousine, funeral coach or hearses that are not equipped with the Limousine Builder's Package (418 or 419) Option or if the wheel base is extended beyond 120 inches or if the Gross Vehicle Weight Rating (GVWR) exceeds 7,500 pounds. See important information about Town Car limousine, funeral coach or hearse conversions (page 32).

- Aftermarket parts or components, sometimes installed by Ford Motor Company or an authorized dealership, may not be covered by the New Vehicle Limited Warranty. Any damage caused to Ford components due to the failure of aftermarket parts (other than a certified emissions part) is not covered.

- converted Navigator L Limousines that are not equipped with the Limousine Builder's Package (17L) Option or if the wheelbase is beyond 140 inches or if the Gross Vehicle Weight Rating (GVWR) exceeds 9,900 pounds. See important information about Navigator L Limousine conversions (page 32).

- Any other Lincoln vehicles that are converted to limousines or funeral coaches. This will void the New Vehicle Limited Warranty. See important information about conversions (page 32).

14

## 4. In addition ...

**ROADSIDE SERVICE ASSISTANCE (UNITED STATES, PUERTO RICO, AND U.S. VIRGIN ISLANDS)**

Your vehicle is covered by the complimentary Ford Roadside Assistance Program (unless you are driving a daily rental unit). Under this program, Ford will cover:

- Towing to the nearest Ford Motor Company dealership, or towing to your selling dealership if within 35 miles
- Flat tire change (vehicle must have useable spare)
- Fuel delivery (limited to two occurances in a 12-month period up to 2 gallons)
- Jump starts
- Lock-out assistance (replacement key cost is customer responsibility)
- Winching (vehicle must be within 100 feet of a paved or county-maintained road)

The Roadside Assistance Program is separate from the New Vehicle Limited Warranty. It begins at the warranty start date and lasts for six years or 70,000 miles (whichever occurs first). If you need towing beyond the six years or 70,000 miles (whichever occurs first) period, Ford can arrange roadside assistance and charge your credit card. If the reason for the vehicle disablement is later found to be covered by another Ford warranty, Ford will provide a refund for the tow charge under the other warranty, through the dealership.

**For emergency roadside assistance, call 1-800-241-3673, 24 hours a day, 365 days a year.**

Ford Rentals Cars (FRCS) that must be towed because a covered repair has failed during the warranty coverage period, Ford will cover towing to the nearest Ford Motor Company dealership.

Ford Motor Company reserves the right to modify or discontinue Roadside Assistance at any time. Certain restrictions apply to Roadside Assistance benefits. Call 1-800-241-3673 for further details.

**15**

## 5. Federal requirements for emissions warranties

**QUICK REFERENCE: EMISSIONS WARRANTY COVERAGE**

This chart shows your warranty coverage under two emissions warranties that Ford Motor Company provides, in compliance with Federal requirements. The warranties are:

- Emissions Defects Warranty
- Emissions Performance Warranty



**Emissions Warranties for Your Vehicle**

| TYPE OF COVERAGE | YEARS IN SERVICE/MILES DRIVEN |
|---|---|
| **EMISSIONS DEFECTS WARRANTY** | |
| Passenger Cars & Light Duty Trucks* | 4/50,000 |
| Heavy Duty Vehicles** | 5/50,000 |
| Certain Emissions Parts* | 8/80,000 |
| **EMISSIONS PERFORMANCE WARRANTY** | |
| Passenger Cars & Light Duty Trucks* | 2/24,000 |
| Heavy Duty Vehicles** | 5/50,000 |
| Certain Emissions Parts* | 8/80,000 |

\*  Applies to vehicles up to 8,500 pounds gross vehicle weight rating (GVWR)
\*\* Applies to trucks over 8,500 pounds gross vehicle weight rating (GVWR) up to 14,000 pounds gross vehicle weight rating (GVWR)

For full details on emissions control coverage, see:
➡ Emissions Defect Warranty (page 16)
➡ Emissions Performance Warranty (pages 18-18)
➡ What is Covered? (pages 19-20)
➡ What is Not Covered? (page 20)

**16**

**Emissions Defect Warranty Coverage**

During the warranty coverage period, Ford Motor Company warrants that:

- your vehicle is designed, built, and equipped to meet - at the time it is sold - the emissions regulations of the U.S. Environmental Protection Agency (EPA).
- your vehicle is free from emissions-related defects in factory-supplied materials or workmanship, which are defects that could prevent the vehicle or engine from conforming with applicable EPA regulations.
- you will not be charged for diagnosis, repair, replacement, or adjustment of parts containing an emissions-related defect. Applicable parts are listed under **What is Covered?** on pages 19-20.

The warranty coverage period for:

- Passenger cars, light duty trucks (applies to vehicles up to 8,500 pounds GVWR)
  — 8 years or 80,000 miles (whichever occurs first) for catalytic converters, electronic engine control unit (ECU), transmission control module (TCM), and any other onboard emissions diagnostic module.
  — 4 years or 50,000 miles (whichever occurs first) for all other covered parts.
- Heavy duty vehicles (applies to trucks over 8,500 pounds GVWR up to 14,000 pounds GVWR)
  — 5 years or 50,000 miles (whichever occurs first) for all covered parts.

See WHAT IS COVERED for list of covered parts.

**Emissions Performance Warranty Coverage**

Under Emissions Performance Warranty Coverage, Ford Motor Company will repair, replace, or adjust - with no charge for labor, diagnosis, or parts - any emissions control device or system, if you meet all of the following conditions:

- You have maintained and operated your vehicle according to the instructions on proper care in the **Owner Guide**, the **Scheduled Maintenance Guide**, and this booklet.
- Your vehicle fails to conform, during the warranty coverage period, to the applicable national EPA standards, as determined by an EPA approved inspection and maintenance program.
- You are subject to a penalty or sanction under local, state, or federal law because your vehicle has failed to conform to the emissions standards. (A penalty or sanction can include being denied the right to use your vehicle.)
- Your vehicle has not been tampered with, misused, or abused.

The warranty coverage period for:

- Passenger cars, light duty trucks (applies to vehicles up to 8,500 pounds GVWR)
  — 8 years or 80,000 miles (whichever occurs first) for catalytic converter, electronic engine control unit (ECU), transmission control module (TCM) and any other onboard emissions diagnostic module.
  — 2 years or 24,000 miles (whichever occurs first) for all other covered parts.
- Heavy duty vehicles (applies to trucks over 8,500 pounds up to 14,000 pounds GVWR)
  — 5 years or 50,000 miles (whichever occurs first) for all covered parts.

See WHAT IS COVERED for list of covered parts.

Note that the warranty period begins on the **Warranty Start Date** as specified on page 2 of this booklet.

**18**

**WHAT IS COVERED?**

For your vehicle if these parts contain an emissions-related defect, they are covered by both the Emissions Defect Warranty and the Emissions Performance Warranty.

- Air Flow Sensor
- Air/Fuel Feedback Control System and Sensors
- Air Induction System
- Catalytic Converter
- Electronic Engine Control Unit (ECU)*
- Electronic Engine Control Sensors and Switches
- Evaporative Emissions Control System
- Exhaust Gas Recirculation (EGR) System
- Exhaust Manifold
- Exhaust Pipe (Manifold to Catalyst)
- Fuel Filler Cap and Neck Restrictor
- Fuel Injection System
- Fuel Injector Supply Manifold
- Fuel Tank
- Fuel Tank Pressure Control Valve

- Idle Air Control (IAC) Valve
- Ignition Coil and/or Control Module
- Intake Manifold
- Intercooler Assembly - Engine Charger
- Malfunction Indicator Lamp (MIL)/On-Board Diagnostic (OBD) System
- PCV System and Oil Filler Cap
- Secondary Air Injection System
- Spark Control Components
- Spark Plugs and Ignition Wires
- Thermostat
- Throttle Body Assembly (MFI)
- Transmission Control Module (TCM) and Solenoids
- Turbocharger Assembly
- Vacuum Distribution System

* Includes hardware and emissions related software changes only

**19**

**Important information about List of Parts**

There may be additional coverage for these parts through the Bumper to Bumper, or Powertrain limited warranties. In any case, the warranty with the broadest coverage applies.

Also covered by the two emissions warranties are all emissions-related bulbs, hoses, clamps, brackets, tubes, gaskets, seals, belts, connectors, fuel lines, sensors and wiring harnesses that are used with components on the list of parts, above.

Concerning parts that should be replaced on a certain recommended maintenance schedule: These parts remain under warranty until : (a) the first replacement time that is specified in your **Owner Guide** and the **Scheduled Maintenance Guide**; or (b) the time or mileage limits of the Federal Defect and Performance Warranties (whichever occurs first).

Your Lincoln dealer maintains a complete list of parts covered by emissions warranties. For more details about the specific parts covered by the Emissions Defect Warranty, contact your dealer.

## WHAT IS NOT COVERED?

Ford Motor Company may deny you emissions warranty coverage if your vehicle or a part does not contain an emission-related defect or has failed because of abuse, neglect, improper maintenance, unapproved modifications, or any items included in **What Is Not Covered?** (pages 11-14).

## ADDITIONAL EMISSIONS PERFORMANCE WARRANTY INFORMATION

If you need more information about getting service under the **Federal Emissions Performance Warranty**, or if you want to report what you believe to be violations of the terms of this warranty, you may contact:

> **Manager, Certification and Compliance Division (6405J)**
> **Warranty Claims**
> **Environmental Protection Agency**
> **Ariel Rios Building**
> **1200 Pennsylvania Avenue, N.W.**
> **Washington, D.C. 20460**

**20**

## 6. California requirements for emissions warranties

### QUICK REFERENCE: EMISSIONS WARRANTY COVERAGE

This chart shows the coverage Ford Motor Company provides for your vehicle under the emissions control warranty in accordance with the regulations of the California Air Resources Board. This coverage is in addition to the Federal Emission warranties (page 18).

**Emissions Warranties for California Certified Vehicles**



\* Gross Vehicle Weight Rating
\*\*These specific parts were selected on the basis of their estimated replacement cost at the time the California Air Resources Board certified your vehicle for sale in California (up to 14,000 lbs. GVWR).

### Vehicles Eligible for California Emission Warranty Coverage

California emission warranty coverage applies if your vehicle meets the following two requirements:

- Your vehicle is registered in a state\* that has adopted and is enforcing California emission warranty regulations applicable for your vehicle at the time of repair, and
- Your vehicle is certified for sale in California as indicated on the vehicle emission control information label.

\* Subject to change, the following states have adopted and are enforcing California emission warranty regulations:

- **Passenger Car & Light-duty Trucks** (up to 8,500 pounds GVWR) - Arizona, California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, Oregon, Pennsylvania, Rhode Island, Vermont and Washington (NOTE: New York adopted California emissions standards, but not the California Emissions Warranty; the Federal Emission Control Warranty applies to all non-PZEV vehicles in New York)

21

- **Medium-Duty Passenger Vehicles** (up to 10,000 pounds GVWR designed primarily for the transportation of persons. Excludes incomplete trucks, trucks with a seating capacity either over twelve persons total or over nine persons rearward of the driver's seat, or trucks with an open cargo area of at least six feet of interior length): Arizona, California, Connecticut, Maine, Maryland, Massachusetts, Oregon, Rhode Island, Vermont and Washington.
- **Medium-Duty Vehicles** (over 8,500 pounds GVWR up to 14,000 pounds GVWR) - Arizona, California, Connecticut, Maine, Maryland, Massachusetts, Oregon, Rhode Island, and Vermont.
- **Light Heavy-Duty Diesel Engine Vehicles** (over 14,000 pounds GVWR up to 19,500 pounds GVWR) - California, Maine, and Pennsylvania.

For full details about coverage under California requirements for emissions control, see:

➡ **Defects Warranties** (page 23)

➡ **Performance Warranty** (page 23)

➡ **What Is Covered?** (pages 24-25)

➡ **What Is Not Covered?** (page 26)

## EXPLANATION OF CALIFORNIA EMISSIONS WARRANTIES

### Your Warranty Rights and Obligations

The California Air Resources Board and Ford Motor Company are pleased to explain the emission control system warranty on your 2012-model vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the State's stringent anti-smog standards. Ford must warrant the emission control system on your vehicle for the periods of time listed below, provided there has been no abuse, neglect or improper maintenance of your vehicle.

Your emission control system may include parts such as the carburetor or fuel injection system, the ignition system, catalytic converter, and engine computer. Also included may be hoses, belts, connectors and other emissions-related assemblies.

22

Where a warrantable condition exists, Ford Motor Company will repair your vehicle at no cost to you, including diagnosis, parts and labor.

**Manufacturer's Warranty Coverage:**

For Vehicles Eligible for California Emissions Warranty Coverage if Gross Vehicle Weight Rating is 14,000 lbs. or less:

For 3 years or 50,000 miles (whichever first occurs):

1. If your vehicle fails a Smog Check inspection, all necessary repairs and adjustments will be made by Ford to ensure that your Lincoln passes the inspection. This is your emission control system PERFORMANCE WARRANTY.

2. If any emissions-related part on your vehicle is defective, the part will be repaired or replaced by Ford. This is your short-term emission control system DEFECTS WARRANTY.

For 7 years or 70,000 miles (whichever first occurs):

If an emissions-related part listed in this booklet on page 25 with coverage for 7 years or 70,000 miles is defective, the part will be repaired or replaced by Ford. This is your long-term emission control system DEFECTS WARRANTY.

**Owner's Warranty Responsibilities:**

As the vehicle owner, you are responsible for the performance of the required maintenance listed in your owner's manual. Ford Motor Company recommends that you retain all receipts covering maintenance on your vehicle, but Ford cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a Lincoln dealer as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that Ford Motor Company may deny you warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper maintenance, or unapproved modifications.

**23**

If you have any questions regarding your warranty rights and responsibilities, or if you want to report what you believe to be violations of the terms of this warranty you may contact the Lincoln Customer Relationship Center at 1-800-521-4140 or the California Air Resources Board at:

**State of California Air Resources Board**
**Mobile Source Operations Division**
**9528 Telstar Avenue**
**El Monte, California 91731**

## WHAT IS COVERED?

If the parts on the following list contain a defect that affects emissions, they are covered by defect warranties:

- Air Flow Sensor
- Air/Fuel Feedback Control System and Sensors
- Air Induction System
- Catalytic Converter
- Electronic Engine Control Unit (ECU)*
- Electronic Engine Control Sensors and Switches
- Evaporative Emissions Control System
- Exhaust Gas Recirculation (EGR) System
- Exhaust Manifold
- Exhaust Pipe (Manifold to Catalyst)
- Fuel Filler Cap and Neck Restrictor
- Fuel Injection System
- Fuel Injector Supply Manifold
- Fuel Tank
- Fuel Tank Pressure Control Valve
- Idle Air Control (IAC) Valve
- Ignition Coil and/or Control Module
- Intake Manifold
- Malfunction Indicator Lamp (MIL)/On-Board Diagnostic (OBD) System
- PCV System and Oil Filler Cap
- Secondary Air Injection System
- Spark Control Components
- Spark Plugs and Ignition Wires
- Thermostat
- Throttle Body Assembly (MFI)
- Transmission Control Module (TCM) and Solenoids
- Turbocharger Assembly
- Vacuum Distribution System

* Includes hardware and emissions related software changes only

24

**COVERAGE FOR 2012 MODEL VEHICLES UNDER LONG TERM DEFECTS WARRANTY**
(Coverage for up to 7 years/70,000 miles, whichever first cccurs)

| Part Name | 3.5L MKS | 3.5L MKT | 3.5L MKZ | 3.7L MKS | 3.7L MKT | 3.7L MKX | 5.4L Navigator |
|---|---|---|---|---|---|---|---|
| Catalytic Converter | X | X | X | X | X | X | X |
| Cam Timing Assembly | | | X | X | X | X | |
| Variable Camshaft Timing Kit | | | X | X | X | | X |
| Variable Camshaft Timing Housing (RH) | | | X | X | X | | X |
| Variable Camshaft Timing Housing (LH) | | | X | X | X | | X |
| Variable Camshaft Timing Assembly | | | | | | X | |
| Turbocharger | X | X | | | | | |
| Transmission Control Module | X | X | X | | | X | |
| Fuel Tank | X | X | X | X | X | X | X |
| Fuel Tank Shield | X | | | X | | X | |
| Fuel Supply Manifold Assembly | X | X | | | | | |
| Fuel Delivery Module | X | | | | | | |
| Fuel Pump to Fuel Rail Tube | X | X | | | | | |
| Fuel Pump | X | X | | | | | |
| Turbocharger Control Solenoid | X | X | | | | | |
| Intake Manifold | X | X | | | | | X |
| Exhaust Manifold (RH) | X | X | X | | | | X |
| Exhaust Manifold (LH) | X | X | | | | | X |
| Exhaust Manifold Gasket | X | X | | | | | X |
| Exhaust Gasket | X | X | | | | | |
| Emission Vacuum Connector | X | X | | | | | |
| Fuel Injector | X | X | | | | | |
| Fuel Injector Fuel Supply Manifold | | | | X | X | | |
| Instrument Cluster (1) | | X | X | | X | X | X |
| Powertrain Control Wiring Harness | | | | | | X | X |
| Powertrain Control Module | X | X | X | X | X | X | X |
| Main Body Wiring Harness (2) | X | X | X | X | X | X | X |
| Dash Panel & Headlamp Junction Wiring Assembly (2) | X | X | X | X | X | X | |
| Main Wiring Assembly (2) | X | X | | | X | X | X | X |
| Rear Lamp Wiring Assembly | | | | | | | X |

(1) for Service Engine Soon/Malfunction Indicator Lamp (MIL) functionality concerns only
(2) for MIL illumination only

25

**Important Information about List of Parts**

There may be additional coverages for these parts through the Bumper to Bumper or Powertrain limited warranties. In any case, the warranty with the broadest coverage applies.

Also covered by this warranty are all emissions-related bulbs, hoses, clamps, brackets, tubes, gaskets, seals, belts, connectors, fuel lines, and wiring harnesses that are used with components on the List of Parts.

Concerning parts that should be replaced on a certain maintenance schedule: these parts remain under warranty until the first required replacement time that is specified in your **Owner Guide** and the **Scheduled Maintenance Guide**.

**NOTE:** If the diagnosis does not reveal a defect, the Defects Warranty does not apply.

Your Ford Motor Company dealer maintains a complete list of covered parts. For more details about the specific parts that are covered by the Defects Warranty, contact your dealer.

### WHAT IS NOT COVERED?

Ford Motor Company may deny you emissions warranty coverage if your vehicle or a part does not contain a defect that affects emissions or has failed because of abuse, neglect, improper maintenance, unapproved modifications, or any items included in **What Is Not Covered?** (pages 11-14).

**26**

## 7. Additional information about your emissions warranty coverage, under Federal and California requirements

### HOW DO I GET WARRANTY SERVICE?

To get service under your emission warranties, take your vehicle to any Lincoln dealer as soon as possible after illumination of the Malfunction Indicator Light or it has failed an EPA-approved test or a California Smog Check inspection. Be sure to show the dealer the document that says your vehicle has failed the test.

Your dealer will determine whether the repair is covered by the warranty. If the dealer has a question about Emissions Performance Warranty coverage, it will forward the question to Ford Motor Company, which must make a final decision within 30 days after you bring your vehicle in for repair. (The decision will be made within a shorter time if state, local, or federal law requires you to have the vehicle repaired more quickly in order to avoid additional penalties.) The deadline for a determination about Emissions Performance Warranty Coverage does not need to be met if you request a delay, agree to a delay in writing, or if the delay is caused by an event for which neither Ford Motor Company nor your dealer is responsible.

If a question about Emissions Performance Warranty coverage is referred to Ford Motor Company, you will be notified by Ford Motor Company in writing if your claim for warranty coverage is denied. The notice will explain the basis for denying your claim. If you fail to receive this notice within a timely manner, as determined above, Ford Motor Company will perform the warranty repair for you free of charge.

You will be notified by Ford Motor Company in writing if your claim for warranty coverage is denied. The notice will explain the basis for denying your claim. If you fail to receive this notice, Ford Motor Company will perform the warranty repair for you free of charge.

### HOW DO I HANDLE EMERGENCY REPAIRS?

If your vehicle needs an emergency warrantable repair and a Ford Motor Company dealer is not available, or if a Ford Motor Company dealer cannot perform warrantable repair(s) within 30 days of you bringing your vehicle to the dealer, repairs may be performed at any service establishment or by you using Ford equivalent replacement parts.

Ford Motor Company will reimburse you for the cost of these warranty repairs including diagnosis, if you take the part(s) that are replaced and the

27

repair receipt(s) to a Ford Motor Company dealer. The reimbursement shall not exceed Ford's suggested retail price for the warranted parts that are replaced and labor charges based on Ford's recommended time allowance for the warranty repair and the geographically appropriate hourly rate.

## WHAT REPLACEMENT PARTS SHOULD I USE?

Ford Motor Company recommends that you use genuine Ford replacement parts. However, when you are having non-warranty work done on your vehicle, you may choose to use non-Ford parts.

If you decide to use non-Ford parts, be sure they are equivalent to Ford parts in performance, quality, and durability. If you use replacement parts that are not equivalent to Ford parts, your vehicle's emissions control systems may not work as effectively, and you may jeopardize your emissions warranty coverage.

For vehicles within the warranty period, Ford Motor Company will repair at no cost to the owner, under the Federal Emissions Warranty, covered emission failures caused by properly installed Ford parts or non-Ford parts that have been "certified" by the U.S. Environmental Protection Agency (EPA). Ford is not responsible for the cost of repairing any emission failures caused by non-Ford parts that have not been "certified" by the EPA.

**The maintenance, replacement, or repair of emissions control devices or systems can be performed by any automotive repair establishment or individual using Ford replacement parts or EPA-certified parts without voiding your Federal Warranty coverage for future repairs during the warranty period.**

## PROPER MAINTENANCE PRESERVES YOUR WARRANTY

If you do not maintain your vehicle properly, Ford Motor Company may have the right to deny you warranty coverage.

To have repairs made under this warranty, you may have to show that you have followed Ford's instructions on properly maintaining and using your vehicle. You will find these instructions in your **Owner Guide** and **Scheduled Maintenance Guide**. Be sure to save your service receipts and to keep accurate records of all maintenance work.

## CUSTOMER ASSISTANCE

If you are not satisfied with the handling of a warranty matter, see **Customer Assistance**, on the front page of this booklet, and **Better Business Bureau (BBB) AUTO LINE Program** (page 30).

**28**

## 8. Ford Extended Service Plan

**MORE PROTECTION FOR YOUR VEHICLE**

You can get more protection for your new Lincoln vehicle by purchasing a Ford Extended Service Plan (Ford ESP). Ford ESP service contracts are backed by Ford Motor Company or subsidiaries of Ford Motor Company (Ford Motor Service Company or the American Road Insurance Company). They provide:

- benefits during the warranty period depending upon the plan you purchase (such as: reimbursement for rentals; coverage for certain maintenance and wear items); and
- protection against covered repair costs after your Bumper to Bumper Warranty expires

You may purchase Ford ESP from any Ford Motor Company dealer or see our website at Ford-Esp.com. There are several Ford ESP plans available in various time, distance and deductible combinations. Each plan is tailored to fit your own driving needs, including reimbursement for towing and rental.

When you purchase Ford ESP, you receive peace-of-mind protection throughout the United States and Canada, provided by a network of more than 4,600 Ford Motor Company dealers.

**NOTE:** Repairs performed outside the United States, Canada, Guam or Puerto Rico are not eligible for Ford ESP coverage.

This information is subject to change. Ask your dealer for complete details about Ford ESP coverage.

## 9. The Better Business Bureau (BBB) AUTO LINE Program (U.S. Only)

Your satisfaction is important to Ford Motor Company and to your dealer. If a warranty concern has not been resolved using the three-step procedure outlined on the first page of the Customer Assistance section, you may be eligible to participate in the BBB AUTO LINE program.

The BBB AUTO LINE program consists of two parts - mediation and arbitration. During mediation, a representative of the BBB will contact both you and Ford Motor Company to explore options for settlement of the claim. If an agreement is not reached during mediation and your claim is eligible, you may participate in the arbitration process. An arbitration hearing will be scheduled so that you can present your case in an informal setting before an impartial person. The arbitrator will consider the testimony provided and make a decision after the hearing.

You are not bound by the decision, but should you choose to accept the BBB AUTO LINE decision, Ford must abide by the accepted decision as well. Disputes submitted to the BBB AUTO LINE program are usually decided within forty days after you file your claim with the BBB

BBB AUTO LINE Application: Using the information provided below, please call or write to request a program application. You will be asked for your name and address, general information about your new vehicle, information about your warranty concerns, and any steps you have already taken to try to resolve them. A Customer Claim Form will be mailed that will need to completed, signed, and returned to the BBB along with proof of ownership. Upon receipt, the BBB will review the claim for eligibility under the Program Summary Guidelines.

**You can get more information by calling BBB AUTO LINE at 1-800-955-5100, or writing to:**

> **BBB AUTO LINE**
> **4200 Wilson Boulevard, Suite 800**
> **Arlington, Virginia 22203-1833**

BBB AUTO LINE applications can also be requested by calling the Ford Motor Company Customer Relationship Center at 1-800-392-3673.

**NOTE:** Ford Motor Company reserves the right to change eligibility limitations, modify procedures, or to discontinue this process at any time without notice and without obligation.

30

## 10. State warranty enforcement laws

These state laws - sometimes called "lemon laws" - allow owners to receive a replacement vehicle or a refund of the purchase price, under certain circumstances. The laws vary from state to state.

To the extent your state law allows, Ford Motor Company requires that you first send us a written notification of any defects or non-conformities that you have experienced with your vehicle. (This will give us the opportunity to make any needed repairs before you pursue the remedies provided by your state's law.)

In other states, where not specifically required by state law, Ford Motor Company requests that you give us the written notice.

Send your written notification to:

**Ford Motor Company**
**Lincoln Customer Relationship Center**
**P.O. Box 6248**
**Dearborn, MI 48121**

31

## 11. Important information about Lincoln Limousine conversions

Ford Motor Company authorizes only Lincoln Qualified Vehicle Modifiers (QVM's) to perform MKT Town Car Funeral Coach and Navigator L Limousine conversions. To obtain a list of QVM's, visit our website at www.fleet.ford.com/limo or call 1-800-34-FLEET. MKT Town Car Funeral Coach and Navigator L are suitable for funeral coach/hearse and Limousine conversions only if equipped with the proper Builders Package. The wheelbase on MKT Town Car Funeral Coach with the Funeral Coach Package may NOT be extended beyond 120″ or in a manner that results in a Gross Vehicle Weight Rating (GVWR) exceeding 6,350 pounds. The wheelbase on the Lincoln Navigator L with the Limousine Package (17L) may NOT be extended beyond 140″ (258.89 total wheelbase) or in a manner that results in a Gross Vehicle Weight Rating (GVWR) exceeding 9,900 pounds.

If a MKT Town Car Funeral Coach or Navigator L Limousine is NOT equipped with the Builders Package/Limousine Package, or is equipped with the Builders Package/Limousine Package, but its wheelbase is extended beyond its limitations or its GVWR exceeds the weight limitations, then the New Vehicle Limited Warranty is voided. Any Ford Extended Service Plan (ESP) contract is voided, any applicable Emissions Warranties may also be voided, and the vehicle modifier may be considered the vehicle "manufacturer" for Emissions Warranty coverage purposes (including responsibilities for emissions, warranty, recall, and in-use compliance).

Any other Lincoln vehicle converted to Funeral Coach/Hearse and Limousine will VOID the New Vehicle Limited Warranty.

32