# EXHIBIT E

# 2008 Model Year
# Scheduled Maintenance Guide

Vehicle Identification Number (VIN):

Owner Name:

Address:

All rights reserved. Reproduction by any means, electronic or mechanical including photocopying, recording or by any information storage and retrieval system or translation in whole or part is not permitted without written authorization from Ford Motor Company. Ford may change the contents without notice and without incurring obligation.

Copyright © 2007 Ford Motor Company

**Scheduled Maintenance** **1**

*2008 (smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

## FIND YOUR WAY



Today's vehicles are more sophisticated than ever and need to be properly maintained to help ensure they operate at the highest level.

### Additional Information Available on the Web

For lots of helpful tips and information on operating, maintaining, and servicing your Ford, Lincoln, or Mercury vehicle, visit www.genuineservice.com. You'll also find the Ask Ford online expert available 24/7 to answer questions, important warranty information, and resources to record your vehicle's service history online, register with us for important updates and specials, and find out what to do if you need roadside assistance. Again, that website is: www.genuineservice.com.

*2008 (smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

FIND YOUR WAY

## Table of Contents

General Owner's Information  . . . . . . . . . . . . . . . . . . . . . . . .2
General Maintenance Information  . . . . . . . . . . . . . . . . . . . . .4
Owner Checks and Services  . . . . . . . . . . . . . . . . . . . . . . . . .8

Keep It Genuine  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9
Multi-Point Inspection  . . . . . . . . . . . . . . . . . . . . . . . . . . . .13

Normal Schedule Trucks, Fullsize Vans & SUVs  . . . . . . . . . . .15
   Class A Motorhome, E-Series, Escape, Expedition, Explorer, Explorer
   Sport Trac, F-150, F-250/350/450/550, Mariner, Mark LT,
   Mountaineer, Navigator and Ranger

Normal Schedule Cars & CUVs  . . . . . . . . . . . . . . . . . . . . . .30
   Crown Victoria, Edge, Focus, Fusion, Grand Marquis, Milan, MKX,
   MKZ, Mustang, Sable, Taurus, Taurus X, and Town Car

Special Operating Conditions  . . . . . . . . . . . . . . . . . . . . . . .42
Exceptions  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47
Motorcraft Premium Gold Engine Coolant Change Record  . . . .48

General Owner's Information

Keep It Genuine

Normal Schedule Trucks, Fullsize Vans & SUVs

Normal Schedule Cars & CUVs

Special Operating Conditions & Exceptions

*Scheduled Maintenance*  **3**

## GENERAL MAINTENANCE INFORMATION

### Get the most from your vehicle with routine maintenance

Routine maintenance is the best way to help ensure you get the performance, dependability, long life and resale value you expect from your vehicle. This is exactly why we've put together the Scheduled Maintenance Guide. It outlines the services required to properly maintain your vehicle and when they should be performed. The focus is on maintaining your vehicle while it's running great, which goes a long way toward preventing major repairs and expenses later.

Here are a few suggestions to help you get started on the road to routine maintenance:

- Familiarize yourself with your vehicle by going through your *Owner's Guide*
- Take a few minutes to review this handy Scheduled Maintenance Guide
- Make it a habit to use this guide to record scheduled maintenance
- Consider your Ford and Lincoln Mercury Dealership for all your vehicle's needs

### Protect your warranty!

Routine maintenance is not only the best way to help keep your vehicle running great, it's also the best way to protect your warranty. While maintenance and repair services may be performed by you or by any automotive service provider you choose, it is your responsibility to see that all scheduled maintenance is performed and that the materials used meet Ford Engineering specifications. Failure to perform scheduled maintenance specified in this guide will invalidate warranty coverage on parts affected by the lack of maintenance. We can't stress enough how important it is to keep records of all maintenance. This guide will help you do just that. Ford Motor Company will not deny a warranty claim simply because there is no documentation. **However, damage or failures due to neglect or a lack of proper maintenance are not covered under warranty.**

### Keeping maintenance records is easy with the Scheduled Maintenance Guide

It's important to document the maintenance of your vehicle. Every time you bring your vehicle in for scheduled maintenance, be sure to present this guide and certify the work. Also record the date of service, mileage at the time of service, and attach your receipt. This will make record keeping easy and, should your vehicle ever require warranty coverage, you will have all the documentation to show you've properly maintained it.

### Maintenance Interval

Ford Motor Company establishes recommended maintenance intervals based upon engineering testing to determine the most appropriate mileage to perform the various maintenance services. This protects your vehicle at the lowest overall cost to you. Ford Motor Company recommends that you not deviate from the maintenance schedules presented in this Scheduled Maintenance Guide.

**4   *Scheduled Maintenance***

**GENERAL MAINTENANCE INFORMATION**

| Maximum Oil Change Interval |
| --- |
| ❑  Normal Schedule: 7,500 miles or 6 months, whichever occurs first. |
| ❑  Special Operating Conditions: 5,000 miles, 6 months, or 200 hours of engine operation, whichever occurs first see appropriate schedule on page 42. |

| Motorcraft Premium Gold Engine Coolant |
| --- |
| ❑  6 years or 105,000 miles - change Premium Gold coolant (whichever comes first) |
| ❑  After initial change - change Premium Gold coolant every 3 years or 45,000 miles (see page 48) |

## Determine which maintenance schedule to follow

It's important to follow the maintenance schedule that most closely mirrors your driving habits and the conditions under which you drive. For this reason, the Scheduled Maintenance Guide is divided into two basic maintenance schedules: the *Normal Schedule* (further segmented into *Trucks, Fullsize Vans & SUVs* and *Cars & CUVs*) and *Special Operating Conditions*

Determining which maintenance schedule is right for you is easy. For the most part, do you drive your Ford, Lincoln or Mercury vehicle under typical, everyday conditions? If so, follow the *Normal Schedule Trucks, Fullsize Vans & SUVs,* or *Normal Schedule Cars & CUVs.*

### Special Operating Conditions

However, if one of the Special Operating Conditions outlined below better describes how you typically operate your vehicle, you will need to perform some maintenance services more often than the Normal Schedule calls for.

- Towing a trailer or carrying heavy loads
- Extensive idling and/or driving at low-speeds for long distances
- Driving in dusty conditions
- Off-road operation
- Use of E85 fuel 50% of the time or greater (flex fuel vehicles only)

**Important:** For further details and information regarding these Special Operating Conditions see page 42.

## GENERAL MAINTENANCE INFORMATION

### Exceptions

Some exceptions for specific vehicles and special applications are outlined below. In addition, you will find further information under *Exceptions* on page 47.

- Engine oil and Motorcraft Premium Gold Engine Coolant - time and mileage based interval

If you're unsure which maintenance schedule to follow, ask your Ford and Lincoln Mercury Dealership, or visit the Maintenance area of www.genuineservice.com.

### Oils, Fluids and Flushing

In many cases, fluid discoloration is a normal operating characteristic and, by itself, does not necessarily indicate a concern or that the fluid needs to be changed. However, discolored fluids that also show signs of overheating and/or foreign material contamination should be inspected immediately by a qualified expert such as the factory-trained technicians at your Ford or Lincoln Mercury Dealership. Your vehicle's oils and fluids should be changed at the specified intervals or in conjunction with a repair. Flushing is a viable way to change fluid for many vehicle sub-systems during scheduled maintenance. It is critical that systems are flushed only with new fluid that is the same as that required to fill and operate the system, or using a Ford-approved flushing chemical.

### Chemicals and Additives

Non-Ford approved chemicals or additives are not required for factory recommended maintenance. In fact, Ford Motor Company recommends against the use of such additive products unless specifically recommended by Ford for a particular application.

Your vehicle is very sophisticated and built with multiple complex performance systems. Every manufacturer develops these systems using different specifications and performance features. That's why it's important to rely on your Ford or Lincoln Mercury dealership to properly diagnose and repair your vehicle.



When planning your maintenance services, consider your Ford or Lincoln Mercury dealership for all your vehicle's needs.

**6** *Scheduled Maintenance*

## GENERAL MAINTENANCE INFORMATION

**General Owner's Information**

### Get the most from your service and maintenance visits

There are a lot of reasons why visiting your Ford or Lincoln Mercury Dealership for all your service needs is a great way to help keep your vehicle running great.

### Convenience

Many Dealerships have extended evening and Saturday hours to make your service visit more convenient. How's that for quality service?

### Factory-trained Technicians

Ford and Lincoln Mercury service technicians participate in extensive factory-sponsored certification training to help them become experts on the operation of your vehicle. Ask your Dealership about the training and certification their technicians have received.

### Genuine Ford and Motorcraft Replacement Parts

Ford and Lincoln Mercury Dealerships use Ford and Motorcraft branded replacement parts. These parts meet or exceed Ford Motor Company's specifications, and we stand behind them. Maintenance parts installed at your Ford or Lincoln Mercury dealership carry a nationwide, 12-month, 12,000-mile parts and labor limited warranty. Your dealer can give you details.

### Value Shopping for Your Vehicle's Maintenance Needs

Your dealership recognizes the competitive landscape of maintenance and light repair automotive services. With factory-trained technicians and one-stop service for everything from routine maintenance like oil changes and tire rotations to your most complex needs, Ford and Lincoln Mercury Dealerships offer outstanding value.

**2008** *(smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

## OWNER CHECKS AND SERVICES

It is recommended that the following basic maintenance checks and inspections be performed at the designated time intervals. See your "Owner's Guide" for more information.

### Check every month for all vehicles

- ❏ Check function of all interior and exterior lights.
- ❏ Check tires for wear and proper air pressure, including spare.
- ❏ Check engine oil fluid level.
- ❏ Check windshield washer fluid level.

### Check every six months for all vehicles

- ❏ Check lap/shoulder belts and seat latches for wear and proper operation.
- ❏ Check that externally mounted spare tire is properly stowed (tight) (see your *Owner's Guide*).
- ❏ Check power steering fluid level.
- ❏ Check washer spray, wiper operation, and clean all wiper blades (replace blades as necessary).
- ❏ Check parking brake for proper operation.
- ❏ Check and lubricate all hinges, latches, door check straps (see dealer) and outside locks.
- ❏ Check and lubricate upper and lower sliding door tracks, if equipped.
- ❏ Check and clean sliding door contact switches, if equipped.
- ❏ Check and lubricate door rubber weatherstrips.
- ❏ Check and clean body and door drain holes.
- ❏ Check safety warning lamps (brake, ABS, air bag, safety belt) for operation.
- ❏ Check engine cooling system level and strength.
- ❏ Check battery connections and clean if necessary.
- ❏ Check clutch fluid level, if equipped.

### Retightening lug nuts

- ❏ On vehicles equipped with dual rear wheels, retighten the wheel lug nuts to the specified torque at 100 miles (160 km), and again at 500 miles (800 km) of new vehicle operation and after any wheel disturbance (tire rotation, changing a flat tire, wheel removal, etc.).
- ❏ Refer to *Wheel Lug Nut Torque Specification* in your *Owner's Guide* for the proper lug nut torque specification.

**2008** *(smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

**KEEP IT GENUINE**

### Factory Authorized Systems Checks

In the event your vehicle experiences a component related concern, please contact your Ford, Lincoln or Mercury dealership. The Ford Motor Company Trained Technicians who work at Ford, Lincoln or Mercury dealerships are specifically trained to understand your vehicle.

A proper repair begins with a thorough system check. Factory Authorized Systems Checks can ONLY be found at a Ford or Lincoln Mercury dealership. In some circumstances, the Technician may need to request your authorization to perform additional operations to determine the final diagnosis. The Technician's goal is to ensure that your vehicle is fixed right the first time, at the best value to you.

The following list represents several of the Factory Authorized Systems Checks available at participating Ford and Lincoln Mercury Dealerships:

- Climate Control
- Service Engine Soon Light
- All Wheel Drive/Four-Wheel Drive
- Automatic Transmission
- Engine Cooling/Cabin Heating
- Suspension/Steering
- Charge/Start/Battery
- Wheel Alignment
- Brakes

**Keep It Genuine**





And when your vehicle needs replacement parts, insist that only parts meeting Ford Motor Company's specifications are used. Genuine Ford and Motorcraft branded parts meet these specifications. You can find them at your Ford and Lincoln Mercury Dealership. Look for the following brand logos to ensure the parts installed on your vehicle meet Ford Motor Company Specifications.

*Scheduled Maintenance* **9**



**Tires**



Proper tire maintenance and replacement are critical to your vehicle's performance and helps keep you and your passengers safe. Only use replacement tires and wheels that are the same size, load index, speed rating and type (such as P-metric versus LT-metric or all-season versus all-terrain) as those originally provided by Ford. The recommended tire and wheel size may be found on either the Safety Compliance Certification Label or the Tire Label which is located on the B-Pillar or edge of the driver's door. If this information is not found on these labels then you should consult your Ford Dealer. Use of any tire or wheel not recommended by Ford can affect the safety and performance of your vehicle, which could result in an increased risk of loss of vehicle control, vehicle rollover, personal injury and death. Additionally the use of non-recommended tires and wheels could cause steering, suspension, axle or transfer case/power transfer unit failure. If you have questions regarding tire replacement, see an authorized dealer. When you need to replace your tires, please visit your Ford or Lincoln Mercury Dealership for name-brand tires and people who know your vehicle.

*2008 (smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

**KEEP IT GENUINE**

### Batteries



**Keep It Genuine**

The technicians at your Ford or Lincoln Mercury dealership can determine the health of your vehicle's battery during any service visit. The Motorcraft Tested Tough Max Series with its "long-life" design outlasted other long-life batteries by up to 200%. That's one reason why we stand behind this battery with a national, 3-year, free replacement warranty and prorated-cost replacement thereafter for up to 100 months and unlimited mileage. Should your battery need to be replaced, please consider a Motorcraft brand battery that meets your vehicle's Ford Motor Company specifications.

### Brakes



Your Ford or Lincoln Mercury Dealership has the right brake parts for your vehicle and their factory-trained technicians know exactly how to install them. Ford Original Equipment and Motorcraft replacement brake pads, shoes, rotors and drums meet the stringent standards of Ford Motor Company engineers, and they're also Federal Motor Vehicle Safety Standard (FMVSS) compliant. In addition, all Ford Original Equipment replacement brake pads, shoes, rotors, and drums are vehicle tested for durability and noise suppression. The right brake parts and installation are essential to proper brake system operation.

*2008 (smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

## KEEP IT GENUINE

## Oil & Lubricants



It is important to follow a regular maintenance schedule for changing your vehicle's oil and lubricants. Motorcraft Oils and Lubricants meet the stringent standards set by Ford Motor Company. Motorcraft Oils are formulated to reduce engine friction, improve fuel economy, and protect against deposits and wear. The American Petroleum Industry certifies them, so you know Motorcraft oil stands up to the tests of both Ford and independent engineers.

## Collision

An accident is an upsetting experience and collision repair is often complicated and confusing. Here are a few pointers to help you better understand the collision repair process and make sure your vehicle is properly repaired with the right parts. Properly repairing your vehicle will help maintain its value.

### Your rights as a consumer

As a consumer, you are within your rights to insist on original equipment replacement parts. These genuine parts are made by the manufacturer to meet stringent criteria for fit, finish, structural integrity, corrosion protection and dent resistance, just like the parts that were originally on your vehicle. Insist on genuine Ford replacement parts.

### The collision shop

Many Ford and Lincoln Mercury Dealerships offer collision repair services. Ask your selling dealership about their capabilities to help with collision repair.

**MULTI-POINT INSPECTION**

### Parts

Genuine Ford Collision Parts are designed, engineered, and warranted by Ford Motor Company. See your dealer for limited warranty details. They are manufactured to the same specifications as those on your vehicle when it was built. The right replacement parts will help maintain the value of your vehicle.



**Keep It Genuine**

Ford recommended scheduled maintenance — In order to keep your vehicle running right, it is important to have the systems on your vehicle checked regularly. This can help identify potential issues and prevent major problems. Ford Motor Company recommends the following multi-point inspection be performed at every scheduled maintenance interval to help ensure your vehicle keeps running great.

| MULTI-POINT INSPECTION - Recommended at every visit |
|---|
| ❑ Check and top up fluid levels: brake, coolant recovery reservoir, manual and automatic transmission (if equipped with an underhood dipstick), power steering and window washer |
| ❑ Inspect tires for wear and check air pressure, including spare. |
| ❑ Check exhaust system for leaks, damage, loose parts and foreign material. |
| ❑ Check battery performance. |
| ❑ Check operation of horn, exterior lamps, turn signals and hazard warning lights. |
| ❑ Check radiator, coolers, heater and air conditioning hoses. |
| ❑ Inspect windshield washer spray and wiper operation. |
| ❑ Check windshield for cracks, chips and pitting. |
| ❑ Inspect for oil and fluid leaks. |
| ❑ Inspect engine air filter. |
| ❑ Inspect half shaft dust boots, if equipped. |
| ❑ Check shocks and struts and other suspension components for leaks and damage. |
| ❑ Inspect steering and linkage. |
| ❑ Inspect accessory drive belt(s). |
| ❑ Inspect clutch operation, if equipped. |

## MULTI-POINT INSPECTION

Be sure to ask your Ford or Lincoln Mercury Dealership Service Advisor or Technician about the multi-point vehicle inspection. It's a comprehensive way to perform a thorough inspection of your vehicle. It's your checklist that gives you immediate feedback on the overall condition of your vehicle. You'll know what's been checked, what's okay, as well as those things that may require future or immediate attention. The multi-point vehicle inspection is one more way to keep your vehicle running great!



**14**   *Scheduled Maintenance*

## NORMAL SCHEDULE TRUCKS, FULLSIZE VANS & SUVs

### 7,500 miles

- ☐ Change engine oil and replace oil filter
- ☐ Perform multi-point inspection (recommended)
- ☐ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ☐ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                    P&A CODE:
DATE:                   MILEAGE:

### 15,000 miles

- ☐ Change engine oil and replace oil filter
- ☐ Replace cabin air filter (if equipped)
- ☐ Inspect steering linkage, suspension and, if equipped, driveshaft, ball joints and U-joints
- ☐ Inspect engine cooling system and hoses
- ☐ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ☐ Inspect half shaft boots (if equipped)
- ☐ Inspect exhaust system and heat shields
- ☐ Inspect engine air filter
- ☐ Inspect automatic transmission fluid level (if equipped with an underhood dipstick)
- ☐ Lubricate ball joints and U-joints (if equipped with zerk fittings)
- ☐ Inspect and lubricate 4x4 front axle U-joints
- ☐ Perform multi-point inspection (recommended)
- ☐ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ☐ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                    P&A CODE:
DATE:                   MILEAGE:

**Normal Schedule Trucks, Fullsize Vans & SUVs**

### Tires

When your tires need to be replaced, consider visiting your Ford or Lincoln Mercury dealership for name-brand tires and people who know your vehicle. And if your Ford or Lincoln Mercury dealership sells the name-brand tire, they can also honor the tire manufacturer's warranty.

**2008** *(smg)*
**Scheduled Maintenance Guide**
**USA** *(fus)*

## NORMAL SCHEDULE TRUCKS, FULLSIZE VANS & SUVS

### 22,500 miles

- ❏ Change engine oil and replace oil filter
- ❏ Perform multi-point inspection (recommended)
- ❏ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ❏ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                    P&A CODE:

DATE:                   MILEAGE:

### 30,000 miles

- ❏ Change engine oil and replace oil filter
- ❏ Vehicles equipped with the TorqShift transmission and the externally-mounted remote filter element, replace the automatic transmission fluid and the externally-mounted remote filter element (if equipped). Inspect automatic transmission/transaxle fluid level on all other vehicles if equipped with dipstick. Consult your dealer for particular requirements.
- ❏ Replace cabin air filter (if equipped)
- ❏ Replace climate-controlled seat filter (if equipped)
- ❏ Replace engine air filter
- ❏ Replace fuel filter
- ❏ Inspect steering linkage, suspension and, if equipped, driveshaft, ball joints and U-joints
- ❏ Inspect engine cooling system and hoses
- ❏ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ❏ Inspect half shaft boots (if equipped)
- ❏ Inspect exhaust system and heat shields
- ❏ Lubricate ball joints and U-joints (if equipped with zerk fittings)
- ❏ Inspect and lubricate 4x4 front axle U-joints
- ❏ Perform multi-point inspection (recommended)
- ❏ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ❏ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                    P&A CODE:

DATE:                   MILEAGE:

## NORMAL SCHEDULE TRUCKS, FULLSIZE VANS & SUVS

### 37,500 miles

- ❏ Change engine oil and replace oil filter
- ❏ Perform multi-point inspection (recommended)
- ❏ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ❏ Inspect wheels for end play and noise

**DEALER VALIDATION:**

RO#:                    P&A CODE:

DATE:                   MILEAGE:

### Oil & Lubricants

It is important to stick to a regular maintenance schedule for changing your vehicle's oil and lubricants. Motorcraft Oils and Lubricants meet the stringent standards set by Ford Motor Company. Motorcraft Oils are formulated to reduce engine friction, improve fuel economy, and protect against deposits and wear. The American Petroleum Industry certifies them, so you know Motorcraft oil stands up to the tests of both Ford and independent engineers.



**Normal Schedule Trucks, Fullsize Vans & SUVs**

*2008 (smg)*
**Scheduled Maintenance Guide**
*USA (fus)*

## NORMAL SCHEDULE TRUCKS, FULLSIZE VANS & SUVS

**Batteries**

The technicians at your Ford and Lincoln Mercury dealership can determine the health of your vehicle's battery during any service visit. The Motorcraft Tested Tough Max Series with its "long-life" design outlasted other long-life batteries by up to 200%. That's one reason why we stand behind this battery with a national 3 year, free-replacement and prorated-cost thereafter up to 100 months with unlimited mileage. Should your battery need to be replaced, consider any one of the batteries that bear the Motorcraft name.



| 45,000 miles |
|---|

- [ ] Change engine oil and replace oil filter
- [ ] Replace cabin air filter (if equipped)
- [ ] Inspect steering linkage, suspension and, if equipped, driveshaft, ball joints and U-joints
- [ ] Inspect engine cooling system and hoses
- [ ] Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- [ ] Inspect half shaft boots (if equipped)
- [ ] Inspect exhaust system and heat shields
- [ ] Inspect engine air filter
- [ ] Inspect automatic transmission fluid level (if equipped with an underhood dipstick)
- [ ] Lubricate ball joints and U-joints (if equipped with zerk fittings)
- [ ] Inspect and lubricate 4x4 front axle U-joints
- [ ] Perform multi-point inspection (recommended)
- [ ] Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- [ ] Inspect wheels for end play and noise

**DEALER VALIDATION:**

**RO#:**                    **P&A CODE:**
**DATE:**                   **MILEAGE:**

*2008* (smg)
*Scheduled Maintenance Guide*
*USA* (fus)

## NORMAL SCHEDULE TRUCKS, FULLSIZE VANS & SUVS

### 52,500 miles

- ❑ Change engine oil and replace oil filter
- ❑ Perform multi-point inspection (recommended)
- ❑ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ❑ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                    P&A CODE:

DATE:                   MILEAGE:

Normal Schedule
Trucks, Fullsize
Vans & SUVs

*2008* (smg)
*Scheduled Maintenance Guide*
*USA* (fus)

## NORMAL SCHEDULE TRUCKS, FULLSIZE VANS & SUVS

### 60,000 miles

- ☐ Change engine oil and replace oil filter
- ☐ Change automatic transmission fluid on all vehicles equipped with the TorqShift transmission. Replace the externally-mounted remote filter element for all TorqShift transmissions (if equipped). Replace the internal TorqShift transmission fluid filter located inside the transmission bottom pan (vehicles without externally-mounted remote filter only). Inspect automatic transmission/transaxle fluid level on all other vehicles if equipped with dipstick. Consult your dealer for particular requirements.
- ☐ Replace cabin air filter (if equipped)
- ☐ Replace climate-controlled seat filter (if equipped)
- ☐ Replace engine air filter
- ☐ Replace fuel filter
- ☐ Replace wheel bearing grease and grease seals on 4x2 wheel bearings (if non-sealed bearings)
- ☐ Inspect steering linkage, suspension and, if equipped, driveshaft, ball joints and U-joints
- ☐ Inspect engine cooling system and hoses
- ☐ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ☐ Inspect half shaft boots (if equipped)
- ☐ Inspect exhaust system and heat shields
- ☐ Lubricate ball joints and U-joints (if equipped with zerk fittings)
- ☐ Inspect and lubricate 4x4 front axle U-joints
- ☐ Perform multi-point inspection (recommended)
- ☐ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ☐ Inspect wheels for end play and noise

**DEALER VALIDATION:**

RO#:             P&A CODE:
DATE:            MILEAGE:

## NORMAL SCHEDULE TRUCKS, FULLSIZE VANS & SUVS

### Brakes

Technicians at your Ford or Lincoln Mercury dealer can install the right brake parts for your vehicle. Ford Original Equipment and Motorcraft replacement brake pads, shoes, rotors, and drums meet the stringent standards of Ford Motor Company engineers.

In addition, all Ford Original Equipment replacement brake pads, shoes, rotors, and drums are vehicle tested for durability and noise suppression while being Federal Motor Vehicle Safety Standard (FMVSS) compliant. The right brake parts and repair work are essential to ensure your brake system operates as it should.



| 67,500 miles |
| --- |

- ☐ Change engine oil and replace oil filter
- ☐ Perform multi-point inspection (recommended)
- ☐ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ☐ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                    P&A CODE:

DATE:                   MILEAGE:

Normal Schedule
Trucks, Fullsize
Vans & SUVs

2008 (smg)
Scheduled Maintenance Guide
USA (fus)

## NORMAL SCHEDULE TRUCKS, FULLSIZE VANS & SUVS

### 75,000 miles

- ❏ Change engine oil and replace oil filter
- ❏ Replace cabin air filter (if equipped)
- ❏ Inspect steering linkage, suspension and, if equipped, driveshaft, ball joints and U-joints
- ❏ Inspect engine cooling system and hoses
- ❏ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ❏ Inspect half shaft boots (if equipped)
- ❏ Inspect exhaust system and heat shields
- ❏ Inspect engine air filter
- ❏ Inspect automatic transmission fluid level (if equipped with an underhood dipstick)
- ❏ Lubricate ball joints and U-joints (if equipped with zerk fittings)
- ❏ Inspect and lubricate 4x4 front axle U-joints
- ❏ Perform multi-point inspection (recommended)
- ❏ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ❏ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                    P&A CODE:
DATE:                   MILEAGE:

### 82,500 miles

- ❏ Change engine oil and replace oil filter
- ❏ Perform multi-point inspection (recommended)
- ❏ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ❏ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                    P&A CODE:
DATE:                   MILEAGE:

*2008 (smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

## NORMAL SCHEDULE TRUCKS, FULLSIZE VANS & SUVS

### 90,000 miles

- ☐ Change engine oil and replace oil filter
- ☐ Vehicles equipped with the TorqShift transmission and the externally-mounted remote filter element, replace the automatic transmission fluid and the externally-mounted remote filter element (if equipped). Inspect automatic transmission/transaxle fluid level on all other vehicles if equipped with dipstick. Consult your dealer for particular requirements.
- ☐ Replace cabin air filter (if equipped)
- ☐ Replace climate-controlled seat filter (if equipped)
- ☐ Replace engine air filter
- ☐ Replace fuel filter
- ☐ Replace spark plugs
- ☐ Inspect steering linkage, suspension and, if equipped, driveshaft, ball joints and U-joints
- ☐ Inspect engine cooling system and hoses
- ☐ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ☐ Inspect half shaft boots (if equipped)
- ☐ Inspect exhaust system and heat shields
- ☐ Inspect drive belts
- ☐ Lubricate ball joints and U-joints (if equipped with zerk fittings)
- ☐ Inspect and lubricate 4x4 front axle U-joints
- ☐ Perform multi-point inspection (recommended)
- ☐ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ☐ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                P&A CODE:
DATE:               MILEAGE:

Normal Schedule
Trucks, Fullsize
Vans & SUVs

### 97,500 miles

- ☐ Change engine oil and replace oil filter
- ☐ Perform multi-point inspection (recommended)
- ☐ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ☐ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                P&A CODE:
DATE:               MILEAGE:

**Scheduled Maintenance   23**

*2008 (smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

## Normal Schedule Trucks, Fullsize Vans & SUVs

### 105,000 miles

- ❑ Change engine oil and replace oil filter
- ❑ Change manual transmission fluid (except Escape)
- ❑ Replace cabin air filter (if equipped)
- ❑ Replace PCV valve on all light trucks under 6,000 lbs. Gross Vehicle Weight (GVW) (except 3V engines)
- ❑ Change rear axle fluid only on vehicles equipped with DANA axles which use synthetic lubricant (see Special Operating Conditions on page 42 and Exceptions on page 47)
- ❑ Change Motorcraft Premium Gold Engine Coolant (see Exceptions on page 47 and Premium Gold Coolant Change Record on page 48)
- ❑ Inspect steering linkage, suspension and, if equipped, driveshaft, ball joints and U-joints
- ❑ Inspect engine cooling system and hoses
- ❑ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ❑ Inspect half shaft boots (if equipped)
- ❑ Inspect exhaust system and heat shields
- ❑ Inspect engine air filter
- ❑ Inspect automatic transmission fluid level (if equipped with an underhood dipstick)
- ❑ Lubricate ball joints and U-joints (if equipped with zerk fittings)
- ❑ Inspect and lubricate 4x4 front axle U-joints
- ❑ Perform multi-point inspection (recommended)
- ❑ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ❑ Inspect wheels for end play and noise

**Dealer Validation:**

RO#:                    P&A Code:
Date:                    Mileage:

### 112,500 miles

- ❑ Change engine oil and replace oil filter
- ❑ Perform multi-point inspection (recommended)
- ❑ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ❑ Inspect wheels for end play and noise

**Dealer Validation:**

RO#:                    P&A Code:
Date:                    Mileage:

*2008 (smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

## NORMAL SCHEDULE TRUCKS, FULLSIZE VANS & SUVS

### 120,000 miles

- ❏ Change engine oil and replace oil filter
- ❏ Replace cabin air filter (if equipped)
- ❏ Replace climate-controlled seat filter (if equipped)
- ❏ Replace engine air filter
- ❏ Replace fuel filter
- ❏ Replace PCV valve on all light trucks over 6,000 lbs. Gross Vehicle Weight (GVW) (except 3V engines)
- ❏ Change automatic transmission fluid on all vehicles equipped with the TorqShift transmission. Replace the externally-mounted remote filter element for all TorqShift transmissions (if equipped). Replace the internal TorqShift transmission fluid filter located inside the transmission bottom pan (vehicles without externally-mounted remote filter only). Inspect automatic transmission/transaxle fluid level on all other vehicles if equipped with dipstick. Consult your dealer for particular requirements.
- ❏ Replace wheel bearing grease and grease seals on 4x2 wheel bearings (if non-sealed bearings)
- ❏ Inspect steering linkage, suspension, and, if equipped, driveshaft, ball joints and U-joints
- ❏ Inspect engine cooling system and hoses
- ❏ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ❏ Inspect half shaft boots (if equipped)
- ❏ Inspect exhaust system and heat shields
- ❏ Inspect drive belts
- ❏ Inspect automatic transmission fluid level (if equipped with an underhood dipstick)
- ❏ Lubricate ball joints and U-joints (if equipped with zerk fittings)
- ❏ Inspect and lubricate 4x4 front axle U-joints
- ❏ Perform multi-point inspection (recommended)
- ❏ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ❏ Inspect wheels for end play and noise

**DEALER VALIDATION:**

RO#: _____  P&A CODE: _____

DATE: _____  MILEAGE: _____

**Normal Schedule Trucks, Fullsize Vans & SUVs**

**2008** *(smg)*
***Scheduled Maintenance Guide***
***USA*** *(fus)*

## NORMAL SCHEDULE TRUCKS, FULLSIZE VANS & SUVS

### 127,500 miles

- ❑ Change engine oil and replace oil filter
- ❑ Perform multi-point inspection (recommended)
- ❑ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ❑ Inspect wheels for end play and noise

**DEALER VALIDATION:**

RO#:          P&A CODE:

DATE:         MILEAGE:

### 135,000 miles

- ❑ Change engine oil and replace oil filter
- ❑ Replace cabin air filter (if equipped)
- ❑ Inspect steering linkage, suspension and, if equipped, driveshaft, ball joints and U-joints
- ❑ Inspect engine cooling system and hoses
- ❑ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ❑ Inspect half shaft boots (if equipped)
- ❑ Inspect exhaust system and heat shields
- ❑ Inspect engine air filter
- ❑ Inspect automatic transmission fluid level (if equipped with an underhood dipstick)
- ❑ Lubricate ball joints and U-joints (if equipped with zerk fittings)
- ❑ Inspect and lubricate 4x4 front axle U-joints
- ❑ Perform multi-point inspection (recommended)
- ❑ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ❑ Inspect wheels for end play and noise

**DEALER VALIDATION:**

RO#:          P&A CODE:

DATE:         MILEAGE:

*2008 (smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

## NORMAL SCHEDULE TRUCKS, FULLSIZE VANS & SUVS

### 142,500 miles

- ❏ Change engine oil and replace oil filter
- ❏ Perform multi-point inspection (recommended)
- ❏ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ❏ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                    P&A CODE:

DATE:                   MILEAGE:

### Tires

When your tires need to be replaced, consider visiting your Ford or Lincoln Mercury dealership for name-brand tires and people who know your vehicle. And if your Ford or Lincoln Mercury dealership sells the name-brand tire, they can also honor the tire manufacturer's warranty.

Normal Schedule
Trucks, Fullsize
Vans & SUVs

*2008* (smg)
**Scheduled Maintenance Guide**
*USA* (fus)

## NORMAL SCHEDULE TRUCKS, FULLSIZE VANS & SUVS

### 150,000 miles

- ❏ Change engine oil and replace oil filter
- ❏ Change Motorcraft Premium Gold Engine Coolant (see Exceptions on page 47 and Premium Gold Coolant Change Record on page 48)
- ❏ Replace cabin air filter (if equipped)
- ❏ Replace climate-controlled seat filter (if equipped)
- ❏ Replace engine air filter
- ❏ Replace fuel filter
- ❏ Change automatic transmission/transaxle fluid and filter (filter not required on CD4E). Vehicles equipped with the TorqShift transmission and the externally-mounted remote filter element, replace the automatic transmission fluid and the externally-mounted remote filter element (if equipped).
- ❏ Change transfer case fluid
- ❏ Replace wheel bearings (if non-sealed bearings)
- ❏ Replace drive belt(s) if not replaced in the last 100,000 miles
- ❏ Inspect steering linkage, suspension and, if equipped, driveshaft, ball joints and U-joints
- ❏ Inspect engine cooling system and hoses
- ❏ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ❏ Inspect half shaft boots (if equipped)
- ❏ Inspect exhaust system and heat shields
- ❏ Inspect PCV valve for flow (3V engines)
- ❏ Lubricate ball joints and U-joints (if equipped with zerk fittings)
- ❏ Inspect and lubricate 4x4 front axle U-joints
- ❏ Perform multi-point inspection (recommended)
- ❏ Rotate tires, inspect tires for wear and measure tread depth (vehicles with dual rear wheels should only rotate if unusual wear is noted)
- ❏ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:               P&A CODE:
DATE:              MILEAGE:

*2008 (smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

## Normal Schedule Trucks, Fullsize Vans & SUVs

### Brakes

Technicians at your Ford or Lincoln Mercury dealer can install the right brake parts for your vehicle. Ford Original Equipment and Motorcraft replacement brake pads, shoes, rotors, and drums meet the stringent standards of Ford Motor Company engineers.

In addition, all Ford Original Equipment replacement brake pads, shoes, rotors, and drums are vehicle tested for durability and noise suppression while being Federal Motor Vehicle Safety Standard (FMVSS) compliant. The right brake parts and repair work are essential to ensure your brake system operates as it should.



Normal Schedule
Trucks, Fullsize
Vans & SUVs

*2008 (smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

## Normal Schedule Cars & CUVs

### 7,500 miles

- ❏ Change engine oil and replace oil filter
- ❏ Perform multi-point inspection (recommended)
- ❏ Rotate tires, inspect tires for wear and measure tread depth
- ❏ Inspect wheels for end play and noise

**Dealer Validation:**

RO#:          **P&A Code:**

**Date:**          **Mileage:**

### 15,000 miles

- ❏ Change engine oil and replace oil filter
- ❏ Replace cabin air filter (if equipped)
- ❏ Inspect steering linkage, suspension and, if equipped, driveshaft and U-joints
- ❏ Inspect engine cooling system and hoses
- ❏ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ❏ Inspect half shaft boots (if equipped)
- ❏ Inspect exhaust system and heat shields
- ❏ Inspect automatic transmission fluid level (if equipped with an underhood dipstick)
- ❏ Perform multi-point inspection (recommended)
- ❏ Rotate tires, inspect tires for wear and measure tread depth
- ❏ Inspect wheels for end play and noise

**Dealer Validation:**

RO#:          **P&A Code:**

**Date:**          **Mileage:**

## Tires

When your tires need to be replaced, consider visiting your Ford or Lincoln Mercury dealership for name-brand tires and people who know your vehicle. And if your Ford or Lincoln Mercury dealership sells the name-brand tire, they can also honor the tire manufacturer's warranty.

**30**   *Scheduled Maintenance*

**2008** *(smg)*
**Scheduled Maintenance Guide**
**USA** *(fus)*

## NORMAL SCHEDULE CARS & CUVs

### 22,500 miles

- ☐ Change engine oil and replace oil filter
- ☐ Perform multi-point inspection (recommended)
- ☐ Rotate tires, inspect tires for wear and measure tread depth
- ☐ Inspect wheels for end play and noise

**DEALER VALIDATION:**

RO#: P&A CODE:

DATE: MILEAGE:

### 30,000 miles

- ☐ Change engine oil and replace oil filter
- ☐ Replace cabin air filter (if equipped)
- ☐ Replace climate-controlled seat filter (if equipped)
- ☐ Replace engine air filter (except Focus with PZEV engine)
- ☐ Replace fuel filter (except Edge, Fusion, Milan, MKX, MKZ, Sable, Taurus and Taurus X)
- ☐ Inspect steering linkage, suspension and, if equipped, driveshaft and U-joints
- ☐ Inspect engine cooling system and hoses
- ☐ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ☐ Inspect half shaft boots (if equipped)
- ☐ Inspect exhaust system and heat shields
- ☐ Inspect transmission fluid level (if equipped with an underhood dipstick).
- ☐ Perform multi-point inspection (recommended)
- ☐ Rotate tires, inspect tires for wear and measure tread depth
- ☐ Inspect wheels for end play and noise

**DEALER VALIDATION:**

RO#: P&A CODE:

DATE: MILEAGE:

**Normal Schedule Cars & CUVs**

*2008 (smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

## NORMAL SCHEDULE CARS & CUVS

### 37,500 miles

- ☐ Change engine oil and replace oil filter
- ☐ Perform multi-point inspection (recommended)
- ☐ Rotate tires, inspect tires for wear and measure tread depth
- ☐ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                    P&A CODE:
DATE:                   MILEAGE:

### 45,000 miles

- ☐ Change engine oil and replace oil filter
- ☐ Replace cabin air filter (if equipped)
- ☐ Inspect steering linkage, suspension and, if equipped, driveshaft and U-joints
- ☐ Inspect engine cooling system and hoses
- ☐ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ☐ Inspect half shaft boots (if equipped)
- ☐ Inspect exhaust system and heat shields
- ☐ Inspect automatic transmission fluid level (if equipped with an underhood dipstick)
- ☐ Perform multi-point inspection (recommended)
- ☐ Rotate tires, inspect tires for wear and measure tread depth
- ☐ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                    P&A CODE:
DATE:                   MILEAGE:

*2008 (smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

## NORMAL SCHEDULE CARS & CUVS

### Batteries

The technicians at your Ford and Lincoln Mercury dealership can determine the health of your vehicle's battery during any service visit. The Motorcraft Tested Tough Max Series with its "long-life" design outlasted other long-life batteries by up to 200%. That's one reason why we stand behind this battery with a national 3 year, free-replacement and prorated-cost thereafter up to 100 months with unlimited mileage.



Should your battery need to be replaced, consider any one of the batteries that bear the Motorcraft name.

| 52,500 miles | |
|---|---|
| ☐ Change engine oil and replace oil filter<br>☐ Perform multi-point inspection (recommended)<br>☐ Rotate tires, inspect tires for wear and measure tread depth<br>☐ Inspect wheels for end play and noise | **DEALER VALIDATION:**<br><br><br><br>**RO#:**          **P&A CODE:**<br>**DATE:**          **MILEAGE:** |

**Normal Schedule Cars & CUVs**

*2008* (smg)
*Scheduled Maintenance Guide*
*USA* (fus)

## Normal Schedule Cars & CUVs

### 60,000 miles

- ❏ Change engine oil and replace oil filter
- ❏ Change automatic transmission fluid on vehicles equipped with 4F27E transaxle
- ❏ Replace climate-controlled seat filter (if equipped)
- ❏ Replace cabin air filter (if equipped)
- ❏ Replace engine air filter (except Focus with PZEV engine)
- ❏ Replace fuel filter (except Edge, Fusion, Milan, MKX, MKZ, Sable, Taurus and Taurus X)
- ❏ Inspect steering linkage, suspension and, if equipped, driveshaft and U-joints
- ❏ Inspect engine cooling system and hoses
- ❏ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ❏ Inspect half shaft boots (if equipped)
- ❏ Inspect exhaust system and heat shields
- ❏ Inspect transmission fluid level (if equipped with an underhood dipstick).
- ❏ Perform multi-point inspection (recommended)
- ❏ Rotate tires, inspect tires for wear and measure tread depth
- ❏ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                    P&A CODE:

DATE:                   MILEAGE:

### 67,500 miles

- ❏ Change engine oil and replace oil filter
- ❏ Perform multi-point inspection (recommended)
- ❏ Rotate tires, inspect tires for wear and measure tread depth
- ❏ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                    P&A CODE:

DATE:                   MILEAGE:

*2008 (smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

## NORMAL SCHEDULE CARS & CUVS

### 75,000 miles

- ❏ Change engine oil and replace oil filter
- ❏ Replace cabin air filter (if equipped)
- ❏ Inspect steering linkage, suspension and, if equipped, driveshaft and U-joints
- ❏ Inspect engine cooling system and hoses
- ❏ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ❏ Inspect half shaft boots (if equipped)
- ❏ Inspect exhaust system and heat shields
- ❏ Inspect transmission fluid level (if equipped with an underhood dipstick)
- ❏ Perform multi-point inspection (recommended)
- ❏ Rotate tires, inspect tires for wear and measure tread depth
- ❏ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                    P&A CODE:
DATE:                   MILEAGE:

### 82,500 miles

- ❏ Change engine oil and replace oil filter
- ❏ Perform multi-point inspection (recommended)
- ❏ Rotate tires, inspect tires for wear and measure tread depth
- ❏ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                    P&A CODE:
DATE:                   MILEAGE:

Normal Schedule
Cars & CUVs

**2008** (smg)
**Scheduled Maintenance Guide**
**USA** (fus)

## NORMAL SCHEDULE CARS & CUVS

### 90,000 miles

- ❏ Change engine oil and replace oil filter
- ❏ Replace climate-controlled seat filter (if equipped)
- ❏ Replace engine air filter (except Focus with PZEV engine)
- ❏ Replace cabin air filter (if equipped)
- ❏ Replace fuel filter (except Edge, Fusion, Milan, MKX, MKZ, Sable, Taurus and Taurus X)
- ❏ Replace spark plugs
- ❏ Inspect steering linkage, suspension and, if equipped, driveshaft and U-joints
- ❏ Inspect engine cooling system and hoses
- ❏ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ❏ Inspect half shaft boots (if equipped)
- ❏ Inspect exhaust system and heat shields
- ❏ Inspect drive belt(s)
- ❏ Inspect transmission fluid level (if equipped with an underhood dipstick).
- ❏ Perform multi-point inspection (recommended)
- ❏ Rotate tires, inspect tires for wear and measure tread depth
- ❏ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                P&A CODE:
DATE:               MILEAGE:

### 97,500 miles

- ❏ Change engine oil and replace oil filter
- ❏ Perform multi-point inspection (recommended)
- ❏ Rotate tires, inspect tires for wear and measure tread depth
- ❏ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                P&A CODE:
DATE:               MILEAGE:

**NORMAL SCHEDULE CARS & CUVS**

### 105,000 miles

- ❑ Change engine oil and replace oil filter
- ❑ Change Motorcraft Premium Gold Engine Coolant (see Exceptions on page 47 and Premium Gold Coolant Change Record on page 48)
- ❑ Replace cabin air filter (if equipped)
- ❑ Replace PCV valve (except 3V engines)
- ❑ Inspect steering linkage, suspension and, if equipped, driveshaft and U-joints
- ❑ Inspect engine cooling system and hoses
- ❑ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ❑ Inspect half shaft boots (if equipped)
- ❑ Inspect exhaust system and heat shields
- ❑ Inspect transmission fluid level (if equipped with an underhood dipstick)
- ❑ Perform multi-point inspection (recommended)
- ❑ Rotate tires, inspect tires for wear and measure tread depth
- ❑ Inspect wheels for end play and noise

**DEALER VALIDATION:**

RO#:                    P&A CODE:

DATE:                   MILEAGE:

### 112,500 miles

- ❑ Change engine oil and replace oil filter
- ❑ Perform multi-point inspection (recommended)
- ❑ Rotate tires, inspect tires for wear and measure tread depth
- ❑ Inspect wheels for end play and noise

**DEALER VALIDATION:**

RO#:                    P&A CODE:

DATE:                   MILEAGE:

**Normal Schedule Cars & CUVs**

*2008 (smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

## Normal Schedule Cars & CUVs

### 120,000 miles

- ❏ Change engine oil and replace oil filter
- ❏ Change automatic transmission fluid on vehicles equipped with 4F27E transaxle
- ❏ Replace climate-controlled seat filter (if equipped)
- ❏ Replace engine air filter (except Focus with PZEV engine)
- ❏ Replace cabin air filter (if equipped)
- ❏ Replace fuel filter (except Edge, Fusion, Milan, MKX, MKZ, Sable, Taurus and Taurus X)
- ❏ Inspect steering linkage, suspension and, if equipped, driveshaft and U-joints
- ❏ Inspect engine cooling system and hoses
- ❏ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ❏ Inspect half shaft boots (if equipped)
- ❏ Inspect exhaust system and heat shields
- ❏ Inspect drive belt(s)
- ❏ Inspect transmission fluid level (if equipped with an underhood dipstick).
- ❏ Perform multi-point inspection (recommended)
- ❏ Rotate tires, inspect tires for wear and measure tread depth
- ❏ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:                    P&A CODE:

DATE:                   MILEAGE:

2008 (smg)
Scheduled Maintenance Guide
USA (fus)

## NORMAL SCHEDULE CARS & CUVS

### Oil & Lubricants

It is important to stick to a regular maintenance schedule for changing your vehicle's oil and lubricants. Motorcraft Oils and Lubricants meet the stringent standards set by Ford Motor Company. Motorcraft Oils are formulated to reduce engine friction, improve fuel economy, and protect against deposits and wear. The American Petroleum Industry certifies them, so you know Motorcraft oil stands up to the tests of both Ford and independent engineers.



### 127,500 miles

☐ Change engine oil and replace oil filter
☐ Perform multi-point inspection (recommended)
☐ Rotate tires, inspect tires for wear and measure tread depth
☐ Inspect wheels for end play and noise

DEALER VALIDATION:

RO#:               P&A CODE:

DATE:              MILEAGE:

**Normal Schedule Cars & CUVs**

*2008 (smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

## NORMAL SCHEDULE CARS & CUVs

### 135,000 miles

- ❑ Change engine oil and replace oil filter
- ❑ Replace cabin air filter (if equipped)
- ❑ Inspect steering linkage, suspension and, if equipped, driveshaft and U-joints
- ❑ Inspect engine cooling system and hoses
- ❑ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ❑ Inspect half shaft boots (if equipped)
- ❑ Inspect exhaust system and heat shields
- ❑ Inspect transmission fluid level (if equipped with an underhood dipstick)
- ❑ Perform multi-point inspection (recommended)
- ❑ Rotate tires, inspect tires for wear and measure tread depth
- ❑ Inspect wheels for end play and noise

**DEALER VALIDATION:**

RO#:                   P&A CODE:

DATE:                  MILEAGE:

### 142,500 miles

- ❑ Change engine oil and replace oil filter
- ❑ Perform multi-point inspection (recommended)
- ❑ Rotate tires, inspect tires for wear and measure tread depth
- ❑ Inspect wheels for end play and noise

**DEALER VALIDATION:**

RO#:                   P&A CODE:

DATE:                  MILEAGE:

**40** *Scheduled Maintenance*

*2008 (smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

**NORMAL SCHEDULE CARS & CUVs**

**150,000 miles**

- ❏ Change engine oil and replace oil filter
- ❏ Change Motorcraft Premium Gold Engine Coolant (see Exceptions on page 47 and Premium Gold Coolant Change Record on page 48)
- ❏ Change automatic transmission fluid (except vehicles equipped with 4F27E transaxle)
- ❏ Replace automatic transmission fluid filter (except 6F50, AWF-21 and FNR5 transaxles)
- ❏ Replace climate-controlled seat filter (if equipped)
- ❏ Replace engine air filter (except Focus with PZEV engine)
- ❏ Replace cabin air filter (if equipped)
- ❏ Replace fuel filter (except Edge, Fusion, Milan, MKX, MKZ, Sable, Taurus and Taurus X)
- ❏ Replace drive belt(s) if not replaced in the last 100,000 miles
- ❏ Inspect steering linkage, suspension and, if equipped, driveshaft and U-joints
- ❏ Inspect engine cooling system and hoses
- ❏ Inspect brake pads, shoes, rotors, drums, brake lines and hoses and parking brake system.
- ❏ Inspect half shaft boots (if equipped)
- ❏ Inspect exhaust system and heat shields
- ❏ Perform multi-point inspection (recommended)
- ❏ Rotate tires, inspect tires for wear and measure tread depth
- ❏ Inspect wheels for end play and noise

**DEALER VALIDATION:**

**RO#:**      **P&A CODE:**

**DATE:**      **MILEAGE:**

**Normal Schedule Cars & CUVs**

**2008** *(smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

## SPECIAL OPERATING CONDITIONS

### Items Needing Special Attention

If you operate your Ford/Lincoln/Mercury **primarily** in one of the more demanding **Special Operating Conditions** listed below, you will need to have some items maintained more frequently. If you only **occasionally** operate your vehicle under these conditions, it is not necessary to perform the additional maintenance. For specific recommendations, see your Ford or Lincoln Mercury Dealership Service Advisor or Technician.

| Towing a trailer or using a camper or car-top carrier | |
|---|---|
| **Every 5,000 miles** | Rotate tires, inspect tires for wear and measure tread depth<br>Inspect wheel ends for endplay and noise |
| **Every 5,000 miles or 6 months** | Change engine oil and replace oil filter<br>Inspect and lubricate U-joints |
| **Every 30,000 miles** | Change automatic transmission/transaxle fluid (not required on 6R60/6R75/TorqShift transmissions)<br>Replace wheel bearing grease and grease seals on 4x2 wheel bearings (if non-sealed bearings) |
| **Every 60,000 miles** | Change transfer case fluid |
| **As required** | Change manual transmission fluid<br>Inspect and lubricate U-joints |

*2008* (smg)
*Scheduled Maintenance Guide*
*USA* (fus)

## SPECIAL OPERATING CONDITIONS

| **Extensive idling and/or low-speed driving for long distances as in heavy commercial use such as delivery, taxi, patrol car or livery** | |
|---|---|
| **Every 5,000 miles** | Inspect brake system |
| | Rotate tires, inspect tires for wear and measure tread depth |
| | Inspect wheel ends for endplay and noise |
| | Lubricate control arm and steering ball joints (if equipped with zerk fittings) |
| **Every 5,000 miles or 6 months** | Inspect and lubricate U-joints |
| **Every 5,000 miles, 6 months or 200 hours of engine operation** | Change engine oil and replace oil filter |
| **Every 15,000 miles** | Replace fuel filter (except Edge, Fusion, Milan, MKX, MKZ, Sable, Taurus and Taurus X) |
| **Every 30,000 miles** | Change automatic transmission/transaxle fluid (not required on 6R60/6R75/TorqShift transmissions) |
| | Replace wheel bearing grease and grease seals on 4x2 wheel bearings (if non-sealed bearings) |
| **Every 60,000 miles** | Replace spark plugs |
| | Change transfer case fluid |
| **As required** | Replace cabin air filter |

Special Operating Conditions & Exceptions

**2008** *(smg)*
***Scheduled Maintenance Guide***
***USA*** *(fus)*

## SPECIAL OPERATING CONDITIONS

### Operating in dusty conditions such as unpaved or dusty roads

| | |
|---|---|
| **Every 5,000 miles** | Rotate tires, inspect tires for wear and measure tread depth<br>Inspect wheel ends for endplay and noise |
| **Every 5,000 miles or 6 months** | Change engine oil and replace oil filter<br>Inspect and lubricate U-joints |
| **Every 15,000 miles** | Replace fuel filter (except Edge, Fusion, Milan, MKX, MKZ, Sable, Taurus and Taurus X) |
| **Every 30,000 miles** | Change automatic transmission/transaxle fluid (not required on 6R60/6R75/TorqShift transmissions)<br>Replace wheel bearing grease and grease seals on 4x2 wheel bearings (if non-sealed bearings) |
| **Every 50,000 miles** | Change rear axle lubricant (E—450 and F—450/550 only) |
| **Every 60,000 miles** | Change transfer case fluid |
| **As required** | Replace engine air filter<br>Replace cabin air filter (if equipped) |

### Off-road operation

| | |
|---|---|
| **Every 5,000 miles or 6 months** | Change engine oil and replace oil filter<br>Rotate tires, inspect tires for wear and measure tread depth<br>Inspect wheel ends for endplay and noise |
| **Every 30,000 miles** | Change automatic transmission/transaxle fluid (not required on 6R60/6R75/TorqShift transmissions)<br>Replace wheel bearing grease and grease seals on 4x2 wheel bearings (if non-sealed bearings) |
| **Every 50,000 miles** | Change rear axle lubricant (E—450 and F—450/550 only) |
| **Every 60,000 miles** | Change transfer case fluid |
| **As required** | Replace cabin air filter (if equipped)<br>Inspect and lubricate steering linkage ball joints and U-joints (if equipped with zerk fittings) |

*2008* (smg)
*Scheduled Maintenance Guide*
*USA* (fus)

## SPECIAL OPERATING CONDITIONS

| Use of E85 50% of the time or greater (flex fuel vehicles only) | |
| --- | --- |
| **Every 5,000 miles** | Rotate tires, inspect tires for wear and measure tread depth |
| | Inspect wheel ends for endplay and noise |
| **Every 3,000 miles** | Fill fuel tank with a full tank of regular unleaded fuel |
| **Every 5,000 miles or 6 months** | Change engine oil and replace oil filter |

Special Operating
Conditions &
Exceptions

*2008* (smg)
*Scheduled Maintenance Guide*
*USA* (fus)

**SPECIAL OPERATING CONDITIONS**

## Special Operating Conditions Log

| DEALER VALIDATION: | DEALER VALIDATION: |
|---|---|
| RO#:          P&A CODE:<br>DATE:          MILEAGE: | RO#:          P&A CODE:<br>DATE:          MILEAGE: |
| DEALER VALIDATION: | DEALER VALIDATION: |
| RO#:          P&A CODE:<br>DATE:          MILEAGE: | RO#:          P&A CODE:<br>DATE:          MILEAGE: |
| DEALER VALIDATION: | DEALER VALIDATION: |
| RO#:          P&A CODE:<br>DATE:          MILEAGE: | RO#:          P&A CODE:<br>DATE:          MILEAGE: |
| DEALER VALIDATION: | DEALER VALIDATION: |
| RO#:          P&A CODE:<br>DATE:          MILEAGE: | RO#:          P&A CODE:<br>DATE:          MILEAGE: |
| DEALER VALIDATION: | DEALER VALIDATION: |
| RO#:          P&A CODE:<br>DATE:          MILEAGE: | RO#:          P&A CODE:<br>DATE:          MILEAGE: |

*2008 (smg)*
*Scheduled Maintenance Guide*
*USA (fus)*

## EXCEPTIONS

In addition, there are several exceptions to the Normal Schedule. They are listed below:

### Normal Vehicle Axle Maintenance

❑ Rear axles and power take off (PTO) units containing synthetic lubricant and light duty trucks equipped with Ford-design axles are lubricated for life. These lubricants are not to be checked or changed unless a leak is suspected, service is required or the axle assembly has been submerged in water. The axle and PTO lubricant should be changed anytime the axle and PTO have been submerged in water. During extended trailer tow operation above 70°F ambient and wide open throttle for extended periods above 45 mph, non-synthetic rear axle lubricants should be replaced every 3,000 miles or 3 months, whichever occurs first. The 3,000 mile lube change interval may be waived if the axle was filled with 75W140 synthetic gear lubricant meeting Ford specification WSL-M2C192-A, part number F1TZ-19580-B or equivalent. Add friction modifier C8AZ-19B546-A (EST-M2C118-A) or equivalent for complete refill of Traction-Lok rear axles (see *Owner's Guide* for quantity). The axle lubricant should be changed anytime an axle has been submerged in water.

### Police/Taxi/Livery Vehicle Axle Maintenance

❑ Replace rear axle lubricant every 100,000 miles. Rear axle lubricant change may be waived if the axle was filled with 75W140 synthetic gear lubricant meeting Ford specification WSL-M2C192-A, part number F1TZ-19580-B or equivalent. Add four ounces of additive friction modifier C8AZ-19B546-A (EST-M2C118-A) or equivalent for complete refill of Traction-Lok rear axles. The axle lubricant should be changed anytime the axle has been submerged in water.

### California Fuel Filter Replacement

❑ If vehicle is registered in California, the California Air Resources Board has determined that the failure to perform this maintenance item will not nullify the emission warranty or limit recall liability prior to the completion of the vehicle's useful life. Ford Motor Company, however, urges you to have all recommended maintenance services performed at the specified intervals and to record all vehicle service.

### Class A Motorhome

❑ Every two years - Change brake fluid

**Special Operating Conditions & Exceptions**

*Scheduled Maintenance* **47**

**PREMIUM GOLD COOLANT CHANGE RECORD**

| | |
|---|---|
| Current mileage goes here => | Dealer Stamp |
| Add 45,000 miles to the current miles    + 45,000 | |
| Next change due at this mileage => | |
| **Or** | |
| Today's date goes here => | |
| Add 3 years   + 00 / 00 / 03 | |
| Date of next change => | **P & A CODE** |
| **whichever comes first** | **R.O.#** |

| | |
|---|---|
| Current mileage goes here => | Dealer Stamp |
| Add 45,000 miles to the current miles    + 45,000 | |
| Next change due at this mileage => | |
| **Or** | |
| Today's date goes here => | |
| Add 3 years   + 00 / 00 / 03 | |
| Date of next change => | **P & A CODE** |
| **whichever comes first** | **R.O.#** |

| | |
|---|---|
| Current mileage goes here => | Dealer Stamp |
| Add 45,000 miles to the current miles    + 45,000 | |
| Next change due at this mileage => | |
| **Or** | |
| Today's date goes here => | |
| Add 3 years   + 00 / 00 / 03 | |
| Date of next change => | **P & A CODE** |
| **whichever comes first** | **R.O.#** |

| | |
|---|---|
| Current mileage goes here => | Dealer Stamp |
| Add 45,000 miles to the current miles    + 45,000 | |
| Next change due at this mileage => | |
| **Or** | |
| Today's date goes here => | |
| Add 3 years   + 00 / 00 / 03 | |
| Date of next change => | **P & A CODE** |
| **whichever comes first** | **R.O.#** |

**2008** *(smg)*
**Scheduled Maintenance Guide**
**USA** *(fus)*