# EXHIBIT M



Ford
Go Further

Vehicles   Shop   Finance   Owner

 Locate a Dealer       English

Owner Home   Service   Support   FordPass   Register/Sign In

Your Current Search: 2016 Ford Explorer

## Maintenance Schedule

Find or add a vehicle ∧

Regularly maintained vehicles are more reliable, more durable, and have higher resale value. Keep your Ford healthy by following the maintenance schedule below.

**YOUR VEHICLE DETAILS**

Current Estimated Mileage: 0   Average Mileage: 0   Driving Conditions: Normal Condition

Update details ⊕

**NEXT SERVICE DUE AT: 10000 MILES**
or sooner if indicated by your vehicle's message center

Your vehicle is equipped with the **Intelligent Oil Life Monitor** - a system that calculates optimal oil change intervals.

Run Your Vehicle Health Report

Check vehicle message center for "CHANGE ENGINE OIL SOON" at 5% oil life "OIL CHANGE REQUIRED" at 0% oil life

**Your Maintenance Schedule at:**

150K

### Here's what happens at your 150000 mile checkup

- Replace engine air filter
- Change orange coolant
- Change automatic transmission fluid
- Replace accessory drive belts (if not replaced within last 100,000 miles)
- Rotate and inspect tires; check wheel end play and turning noise
- Change engine oil and replace oil filter when indicated on vehicle message center or every 12 months, whichever occurs first
- MEMO: Gas engine; Up to 6.0 quarts of oil (IOLM)
- Inspect cooling system and hoses
- Inspect complete exhaust system and heat shields
- Inspect automatic transmission fluid level (if equipped with underhood dipstick)
- Inspect brake pads/shoes/rotors/drums, brake lines and hoses, and parking brake system
- Inspect and lubricate all non-sealed steering linkage, ball joints, suspension joints, half and drive-shafts and u-joints
- Perform multi-point inspection



**Learn more about vehicle maintenance:**

- Guidelines for healthy vehicle maintenance
- Preserve your Vehicle's Value
- Maintain your engine for the best performance